FILED

2019 DEC 13 P 2: 46

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEP'T. CLERK

| | |
|---|---|
| SHARLES JOHNSON, an individual | ) |
| 8 minor Johnson children, individuals | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KNOX COUNTY SCHOOLS a.k.a. | ) |
| KNOX COUNTY BOARD OF | ) |
| EDUCATION a.k.a. KNOX COUNTY | ) |
| SCHOOL SYSTEM; JAMES P. | ) |
| MCINTYRE, in his individual and | ) |
| official capacities; CLIFFORD DAVIS, | ) |
| in his individual and official capacities; GUS | ) |
| PAIDOUSIS, in his individual and official | ) |
| capacities; JULIE THOMPSON in her | ) |
| Individual and official capacities; BRANDON | ) |
| PRATT, in his individual and official | ) |
| capacities; SHERRI JAMES, in her | ) |
| individual and official capacities; ELAINE | ) |
| HOOVER, in her individual and official | ) |
| capacities; BUZZ THOMAS, in his individual | ) |
| and official capacities; BOB THOMAS in | ) |
| his individual and official capacities, | ) |
| MELINDA RUSSELL, in her individual and | ) |
| official capacities, KATE MASCARETTE, in | ) |
| her individual and official capacities; LAURIE | ) |
| DRIVER, in her individual and official | ) |
| capacities; PAUL "GREGORY" PINKSTON, | ) |
| in his individual and official capacities, SCOTT | ) |
| BOLTON, in his individual and official | ) |
| capacities; GARY DUPLER, in his individual | ) |
| and official capacities; AMANDA | ) |

CIVIL ACTION NO. 3:19-CV-00179-P21 -DCP

1

CUNNINGHAM, in her individual and official )
Capacities; MIKE DUNAWAY, in his )
individual and official capacities; RICHARD )
BUD ARMSTONG, JR., in his individual and )
official capacities; RUSS OAKS, in his )
individual and official capacities; RENEE )
KELLY, in her individual and official capacities; )
NORTHSHORE ELEMENTARY SCHOOL; )
CARL WHIPPLE, in his individual and )
official capacities; CHRISTY DOWELL, in )
her individual and official capacities; )
RACHEL HORNBACK, in her individual and )
official capacities, JOY SMITH, in her )
individual and official capacities; CHANDA )
PRESSLEY, in her individual and official )
Capacities; DOE 1, in his individual and )
official capacities )

     Defendants.

## STATUTE OF LIMITATIONS

     *Normally the statute of limitations for a federal case is one year based on personal injury* laws in the state. Because this is a continuous and permanent violation of Mr. Johnson's rights, and KCS continues to harm Mr. Johnson and the Minor Johnson children by not removing the No Trespass Order, and that it will only be removed when KCS sees it prudent, that the Statute of Limitations should still apply. Mr. Johnson has done everything within his power to get KCS to *address and review the no Trespass Order over the last three and a half years.* Mr. Johnson filed OCR complaints pertaining to these situations and has awaited their decisions. It has been more than 180 days since they were filed. Mr. Johnson has continuously asked KCS to review it and no one responds to his requests. Mr. Johnson was never given the option for due process in either No Trespass Order that was authored by Knox County Administration.

2

Case 3:19-cv-00179-PLR-DCP  Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP    Document 17    Filed 12/13/19    Page 2 of 109
PageID #: 44

# VERIFIED COMPLAINT

1.     This case seeks to protect and vindicate fundamental constitutional rights. It is a civil rights action brought under the First, Fifth, and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983 challenging Defendants' restriction on Plaintiff's right to life, liberty, or property, without due process of law; and it's denial to the equal protection of the laws as well as his right to free speech and prohibiting his free exercise of religion. It is also based on 42 U.S.C. §§ 6101 and 6102 and the freedom the Minor Johnson children have from age discrimination from a federally funded program. It has been more than 180 days since a complaint was filed with the Office of Civil Rights and the OCR has not made a finding. It is also being brought under Title VI of the Civil Rights Act of 1964, 42 U.S. Code § 2000d–7. Retaliation is prohibited under each of the civil rights laws that OCR enforces, including Title VI. Retaliatory acts against any individual who exercises his or her rights under Title VI are considered to be discrimination and are unlawful. Recipients of federal funds are prohibited from intimidating, threatening, coercing, or discriminating against any individual for the purpose of interfering with any right or privilege secured by the statutes that OCR enforces. Because of longstanding systemic discrimination within the administration, Knox County has violated many times throughout the years and continues to violate the Johnson family's rights. The Defendant's harassment and actions arise out of retaliation for Mr. Johnson filing complaints to various administration and agencies.

2.     Defendants have created, adopted and enforced an unconstitutional policy that restricts someone's rights to substantive due process under the grievance process or lack thereof in the school system. Acting under color of state law, Defendants implemented it's unconstitutional policy throughout the years by not responding to information requests and complaints or failing to set up meetings to address different issues that were brought to their attention, and the most egregious, excessive and unconstitutional is the permanent No Trespass Order. The No Trespass Order was put into place only after Knox County Schools had received

3

the OCR complaint in January 2016 that Mr. Johnson had filed in November 2015. Mr. Johnson believes the school did it in retaliation for his Complaint.

3. The No Trespass Order removed the Plaintiffs access to his children's schools as well as any property owned by Knox County Schools and therefore his access to his children and children's educational life and process until they see fit, without an option to dispute or fight their allegations and with no other recourse of due process. The original No Trespass Order that was received was dated 2/22/16 and lists out the various reasons they were putting it into place. There is a second version of the No Trespass Order that Mr. Johnson received this previous school year when he asked Gary Dupler for a copy of the No Trespass Order that they had in each of his children's files. This second version was dated 2/9/16 and removed all of the reasons that were given to show why the No Trespass was put in place and removed several paragraphs as well. This second version has a much different tone. They removed the paragraph that references the Board of Education civility code that says,

> "It is the intent of the Knox County Schools to promote mutual respect, civility and orderly conduct among district employees, parents and the general public. We encourage participation in school activities and communication between parents, community members and school district personnel. However, you have exhibited behaviors that are considered inappropriate and disruptive to the operation of Northshore Elementary School. Some examples are as follows."

It was replaced with this paragraph on the 2nd version,

> "You need to know that all property of the Knox County Schools is considered "controlled access" property. By state law and school board policy, the school system has final authority on who may or may not be permitted access to school campuses and facilities at any time, for any reason."

Mr. Johnson believes that this second version was purposefully and maliciously created by the authors Davis and Paidousis because Mr. Johnson was able to refute all of the reasons previously given for the original No Trespass order. So to save face, they removed much of what was included in the original version. This is a purposeful and continuous manipulation by KCS to conspire against Mr. Johnson to continue a violation of his and his family's rights. Defendants'

4

Case 3:19-cv-00179-PLR-DCP   Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP   Document 17   Filed 12/13/19   Page 4 of 109
PageID #: 46

decision to put the No Trespass Order in place was based mostly off of emails sent to the Principal of Northshore Elementary, Brandon Pratt. The authors of the No Trespass Order cut and paste phrases together from Mr. Johnson's original emails. They also lied about whom the sentences were talking about in the emails; the comments were about Elaine Hoover. Pratt tried to say Mr. Johnson was talking about him when he used the pronoun "her" or "she". Mr. Johnson does still have the original emails and can show what the original sentences said and who it was about. These will be shown as exhibits throughout this complaint. Mr. Johnson brought issues to Pratt concerning subjects that his children were being taught or were subjected to that went against his Christian religious beliefs and cultural beliefs. He also sent emails about issues where his children were singled out and questioned about things not related to that person's position. There were other emails about issues that came directly from his communications with Pratt. Per the Board policy, they want to encourage communication between parents and administration and they don't want to deprive any person of their freedom of expression- yet that is what they were trying to do with this No Trespass Order. Pratt never responded to Mr. Johnson's requests or answered his questions unless it suited something that Pratt wanted. Defendants allege that the Plaintiff was disrupting the educational process of the students and faculty at Northshore Elementary School by sending these emails and also by having a conversation with one person in the school parking lot about the issues that he had encountered since the new Principal had started at the school that year. Mr. Johnson was never given any way to dispute the No Trespass letter or fight the decision. According to the letter, it was a permanent decision that was in place until Knox County Security department "sees fit". Mr. Johnson has continually asked for due process from Knox County Schools administration, superintendents (all 3), Knox County board members, and the law director many times, including as recently as May of 2019 and no one has done anything.

4.      Plaintiffs seek a declaration that Defendants violated his clearly established constitutional rights as set forth in this Complaint; a declaration that Defendant's lack of Due Process and restricted Freedom of speech is a violation of the United States Constitution and 42 U.S.C. § 1983 as set forth in this Complaint. Plaintiff asks for a preliminary and permanent

5

Case 3:19-cv-00179-PLR-DCP    Filed 12/13/19

injunction enjoining the enforcement of Defendant's No Trespass Order that is in place which the Defendant's conspired to hide the deficiencies of; compensatory damages and nominal damages for the past loss of Plaintiff's constitutional rights and egregious and long term harm to him and his family in the amount of $20,000,000.00. Plaintiffs also seek an award of reasonable costs of litigation, including attorney's fees if the court does not provide an attorney, pursuant to 42 U.S.C. § 1988 and other applicable law.

## JURISDICTION AND VENUE

5.      This action arises under the Constitution and laws of the United States, Jurisdiction is conferred on this court pursuant to 28 USC § § 1331 and 1343.

6.      Plaintiffs' claims for declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201 and 2202, by Rules 57 and 65 of the Federal Rules of Civil Procedure, and by the general legal and equitable powers of this court. Plaintiffs' claim for nominal damages is authorized by 42 U.S.C. § 1983.

7.      Venue is proper under 28 U.S.C. § 1391(b) because the events that occurred were done in the district.

## PLAINTIFFS

8.      Plaintiff Sharles Johnson ("Johnson") is a father of 8 children ranging in age from 4-20 years old (all 8 kids are from the same house and same marriage). He graduated from bible school in Minneapolis, MN. He has picked up multiple languages to relate with adults and children better. He has worked with children most of his career whether it was being a children's pastor, counselor for residential treatment centers working with abused and neglected children as well as a counselor for Young adult offenders and  perpetrators. He has traveled overseas and visited children. He loves doing voice imitations and was told previously to do voice over work or start a Children's reading channel or continue as a children's pastor.  Instead of doing that, he has stayed at home(logistics), to raise the eight Johnson children and enjoyed participating in

6

Case 3:19-cv-00179-PLR-DCP  Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP    Document 17    Filed 12/13/19    Page 6 of 109
PageID #: 48

their school activities whether it was reading in their classrooms, going on class field trips, helping out in the cafeteria, volunteering on field days and class parties, helping with morning announcements as well as going to their sports events and band and orchestra concerts.

9.      Sharles Johnson believes that dads need to be included more in the educational process whether it is changing the way that forms are phrased to making sure that schools know there should be room "parents" instead of just room "moms" so that schools are being inclusive. Mr. Johnson started DONE (Dads Of Northshore Elementary) when Northshore first opened. He hosted a "dads and doughnuts" breakfast get together in the springtime 2 years in a row and was looking forward to continuing the yearly event. Because of his connections in the community, he was able to get the food and prizes donated from different stores around the area. He was told from many different families that the kids and dads enjoyed having a morning to spend together at school. Through this program, he has gotten to know many of the dads at the school and has been able to encourage them to participate more in their kids schooling.

10.     As Mr. Johnson has been able to be a part of his children's schooling, one thing that he has taught his children is to keep an eye out for other children that are left out or sitting alone at lunch. He tells his children "there are too many people on this planet for people to be alone". He has taught them to sit and talk with other children and befriend them just like he does with people in the community. Over the years he has met parents who have spoken about a child sitting with their own children at lunch and it was quite a surprise to find out that the child who sat and got to know their child was one of the Johnson children. Mr. Johnson and his family are known throughout West Knox County. He is known to have "an ear" for people in the community. It doesn't matter what they look like or talk like or whether they believe everything that you do, it's good to get to know other people. This is the same thing that Mr. Johnson does when he reads in different classrooms and their "celebrity" reading day when officials and other "important" people would come to read in the community. Mr Johnson was asked by the school principal to be a part of this.  He has real conversations about life after reading, and chooses to encourage children to become their best them and that we don't always have to be like everyone

7

Case 3:19-cv-00179-PLR-DCP  Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP    Document 17    Filed 12/13/19    Page 7 of 109
PageID #: 49

else. He would tell them that everyone is good at something and to figure out what it is that they are good at. He says to ask their parents or relatives what their gifts are and "run".

11.       The 8 Johnson children that are included as the other plaintiffs now range in age from 4 to 20. The Johnson children have experienced different types of issues and discrimination since moving to Knoxville from Chicago, Illinois. Most of the issues they have encountered stem from A.L.Lotts Elementary School, Northshore Elementary School, as well as West Valley Middle School. These are all schools within the Knox County School District. All of the older Johnson children that have attended schools within the county have maintained good grades and have not been known for any disciplinary issues. The children have participated in many different types of activities both in and out of school from band and orchestra, debate, ROTC, football, wrestling, student council, track and field, CodeTN, the Key Club as well as the National Honor Society.

## DEFENDANTS

12.       Knox County Schools a.k.a. Knox County Board of Education a.k.a. Knox County School District a.k.a. Knox County School System ("School District") is a public entity established and organized under, and pursuant to, the laws of the State of Tennessee with the authority to sue and be sued in its own name. As a governmental agency, Defendant School District is mandated to comply with the First and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

13.       James P. McIntyre, Jr., ("McIntyre") at all times relevant herein, was the School District's director of schools/superintendent when the No Trespass Order was put in place. Defendant McIntyre is being sued in both his individual and official capacities.

14.       Clifford Davis ("Davis") at all times relevant herein, was the Chief of Staff when the No Trespass Order was put in place. Defendant Davis is being sued in both his individual and official capacities.

15.       Gus Paidousis ("Paidousis") at all times relevant herein, was the Chief of Security

8

when the No Trespass Order was put in place. Defendant Paidousis is sued in both his individual and official capacities.

16.        Julie Thompson ("Thompson") at all times relevant herein, was the Northshore Elementary Supervisor when the No Trespass Order was put in place. Defendant Thompson is being sued in both her individual and official capacities.

17.        Brandon Pratt ("Pratt") at all times relevant herein, was the Principal of Northshore Elementary School, a school operated under the authority of Defendant School District, when the No Trespass Order was put in place. Defendant Pratt is responsible for adopting, implementing, and enforcing School District policies, practices, procedures, and/or customs, including the challenged policy, practice, procedure, and/or custom set forth in this Complaint. Defendant Pratt is being sued in both his individual and official capacities.

18.        Sherri James ("James") at all times relevant herein, was a secretary at Northshore Elementary School when the No Trespass Order was put in place. Defendant was a School District employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant James is being sued in both her individual and official capacities.

19.        Elaine Hoover ("Hoover") at all times relevant herein, was an employee at Northshore Elementary School when the No Trespass Order was put in place. Defendant was a School District employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Hoover is being sued in both her individual and official capacities.

20.        Buzz Thomas was the interim Superintendent that took over after James P. McIntyre. He was provided the information about the No Trespass Letter and why it shouldn't be in place and he did nothing. Defendant Buzz Thomas is sued in both his individual and official capacities.

21.        Bob Thomas is the current Superintendent that took over after Buzz Thomas.

9

He was provided the information about the No Trespass Letter and why it shouldn't be in place and he did nothing. Defendant Bob Thomas is being sued in both his individual and official capacities.

22.     Melinda Russell ("Russell") was the Principal of A.L.Lotts Elementary School, a school operated under the authority of Defendant School District. When given the chance from Clifford Davis to allow Mr. Johnson to attend an end of year graduation ceremony for his 5th grader, Russell refused to make the allowance without giving Mr. Johnson any recourse. Her decision was made because of the No Trespass Order even though Clifford Davis told her the decision was up to her for that day. Defendant Russell is responsible for adopting, implementing, and enforcing School District policies, practices, procedures, and/or customs, including the challenged policy, practice, procedure, and/or custom set forth in this Complaint. Defendant Russell is sued in both her individual and official capacities.

23.     Kate Mascarette ("Mascarette") is a school social worker for West Valley Middle School and Cedar Bluff Middle School. Defendant was a School District employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Mascarette is sued in both her individual and official capacities.

24.     Brooke Donohoe ("Donohoe") was a school social worker for Northshore Elementary School. Defendant was a School District employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Donohoe is sued in both her individual and official capacities.

25.     Laurie Driver ("Driver") is the supervisor to Mascarette. Defendant was a School District employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Driver is sued in both her individual and official capacities.

26.     Paul Gregory Pinkston ("Pinkston") is a school resource officer. He sits under Defendant Paidousis. Defendant was a School District employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Pinkston is sued in both his individual and official capacities.

27.     Scott Bolton ("Bolton") is a compliance manager for Knox County Schools. He was an employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Bolton is being sued in both his individual and official capacities.

28.     Gary Dupler ("Dupler") is a Knox County Law Director who knew about the No Trespass order and how it was handled and did nothing. He was an employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Bolton is being sued in both his individual and official capacities.

29.     Amanda Cunningham ("Cunningham") at all times relevant herein, was a Secretary at Northshore Elementary School when the No Trespass Order was put in place. Defendant was a School District employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Cunningham is being sued in both her individual and official capacities.

30.     Mike Dunaway was a Knox County Resource officer who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Dunaway is being sued in both his individual and official capacities.

31.     Richard Bud Armstrong Jr., ("Armstrong") Knox County Law Director, was in

11

possession of the fraudulent 2nd version of the No Trespass Order and didn't do anything about it or make sure that it wasn't violating any of the Plaintiffs constitutional rights. Defendant Armstrong failed to provide the Plaintiff any due process. At all times material hereto, Defendant was acting under color of state law. Defendant Armstrong is being sued in both his individual and official capacities.

32.     Russ Oaks (Oaks) Chief Operating Officer, he facilitated the discrimination and targeting of the Johnson family by Knox County staff and security personnel. He was in a position to stop the discrimination and failed to do so. Defendant was acting under color of state law. Defendant Oaks is being sued in both his individual and official capacities.

33.     Renee Kelly, was in the position of Principal of West Valley Middle School when it pertains to the complaint, she has now replaced Clifford Davis as Chief of Staff. Defendant was acting under color of state law. Defendant Kelly is being sued in both her individual and official capacities.

34.     Northshore Elementary School, is a public entity established and organized under, and pursuant to the laws of the State of Tennessee with the authority to sue and be sued in its own name. As a governmental agency, Defendant School is mandated to comply with the First and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

35.     Carl Whipple (Whipple) was the assistant principal at Northshore Elementary School both under Susan Davis when it opened as well as Brandon Pratt. Defendant was acting under color of state law. Defendant Whipple is being sued in both his individual and official capacities.

36.     Christy Dowell (Dowell) is the supervisor to Driver. Defendant was a School District employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant was acting under color of state law. Defendant Dowell is sued in both her individual and official capacities.

37.     Rachel Hornback (Hornback) was a secretary at A.L.Lotts. Defendant was acting

12

under color of state law. Defendant Hornback is being sued in both her individual and official capacities.

38.	Joy Smith was a teacher at Northshore Elementary for Minor Johnson #5 during the time when the No Trespass Order was put in place. Defendant was acting under color of state law. Defendant Smith is being sued in both her individual and official capacities.

39.	Chanda Pressley was the Vice President for the Northshore Elementary PTA when the No Trespass Order was put into place. Defendant is being sued in her individual capacity.

40.	Plaintiffs do not know the true name and capacity of Defendant Doe 1, and therefore sue this Defendant by such fictitious name. Plaintiffs are informed and believe and thereupon allege that this Defendant is responsible in some manner for the injuries and damages suffered by Plaintiffs as alleged herein. Plaintiffs will amend their complaint to state the name and capacity of Doe 1 when the same has been ascertained.

41.	Doe 1 is a School District employee who was acting within the course and scope of their employment and were directly involved in the actions which caused injury and damages to Plaintiffs herein. At all times material hereto, Defendant Doe 1 sued herein was acting under color of state law.

## FACTS

42.	A brief summary of past issues to save judicial time. **2010-2011** school year: Mr. Johnson was accused of screaming at a child in the hallway of A.L.Lotts Elementary School within the first 2 weeks of moving to TN (the last 2 weeks of school). The school said he walked into the school and approached the young boy and got in his face. What happened was that Mr. Johnson had come to the school for breakfast with his oldest daughter (Minor Johnson #1) when a boy said a derogatory comment to her. Mr. Johnson bent his knees and put his hands behind his back to talk to the boy and asked if he could have addressed his daughter in a better way and asked if his parents taught him to talk like that. Pinkston called saying he wanted to get Mr. Johnson's perspective. Mr. Johnson told Pinkston to review the videos from the cameras so they can see what actually happened. Pinkston's response was that they don't have any sound. They also refused to give Mr. Johnson a copy of or view the video. Mr. Johnson told him that based on

13

body language, he should be able to deduct what happened. Mr. Johnson gave Pinkston his background with children and told him it was an insult that they were trying to depict him as a screamer and yeller now after all these years on earth. Mr. Johnson received a letter on 5/25/11 about the legal consequences of instilling fear in a child. He believes that this is from biases of the "mad black man". Kelly Johnson (elementary supervisor) discovered that what the school told her about the situation was not true. Mr. Johnson told people that if a school can treat a brand new parent coming to the school like that, imagine how they treat parents that have been here a while. There is a culture of disdain towards parents in the school system. It took 2 years to be able to discuss the situation with Nancy Maland (the elementary director at the time). She apologized to the family about the situation. That was the first time that Mr. Johnson encountered the lack of grievance process within Knox County Schools. **EXHIBIT?**

43.    **2011-2012** school year: Principal Adam Parker accused Mr. Johnson's kindergartner of hitting a child on the bus and tried to say the other child did nothing. Minor Johnson #5 admitted that both children were playing on the bus. The Johnson family felt that our brown child was being singled out for violence instead of the young white boy.

44.    This same child (Minor Johnson #5) was being called outside of his given name by A.L.Lotts school staff (Hornback) and resource officers. When addressed about calling their son a name outside of what he knows, the resource officer attempted to say they were calling him that based on his birth certificate. A school resource officer shouldn't have access to a child's birth certificate unless there was some kind of illegal activities happening. The keeper of record at the school (Principal Adam Parker) should have kept this information private. Adam Parker did nothing to correct the situation. A true and accurate copy of the email dated 5/25/12 to Principal Adam Parker is attached to the Complaint as Exhibit 1.

45.    **2013-14**    Issues with West Valley Middle School not resolving issues about teacher that Minor Johnson #2 had that year that was making inappropriate comments and acting inappropriately in class. When brought to Principal Renee Kelly, she decided to move our son to

14

Case 3:19-cv-00179-PLR-DCP Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP    Document 17    Filed 12/13/19    Page 14 of 109
PageID #: 56

another class instead of reprimanding the teacher and correcting her. The Johnson's believe that this was age discrimination for his education because it was easier to move him instead of correcting a tenured teacher. Information was sent to Elizabeth Alves about this complaint and asking about KCS grievance process. A true and accurate copy of the email dated 12/5/2013 to Elizabeth is attached to the Complaint as Exhibit 2. Another email sent 12/11/2013 to both Clifford Davis and Elizabeth Alves discussing the teacher complaint again. A true and accurate copy of the e-mail dated is attached to the Complaint as Exhibit 3. The Johnson's ended up removing their son for the rest of the year and chose to homeschool him for a semester. In February of 2014, Mrs. Kelly got belligerent with Mrs. Johnson in the hallway after she picked up a school transcript she needed to finish enrolling Minor Johnson #2 in homeschool. When the Johnson's complained to Clifford Davis about the situation, he set up a meeting to discuss the situation but didn't reprimand Mrs. Kelly for what was done. The two assistant principals were included in the meeting and they were quick to say that they never experienced any issues with the Johnson family.

46. "Johnson File" email sent from Gus Paidousis to Paul Gregory Pinkston.

**Saturday 1/11/14 9:23 am** "I have reviewed the Johnson file and will seek your input Monday! I would not consider it complete. A summary sheet from you would have been helpful in order to connect the dots as well as document our review and planned course of action. See you Monday!"

**Saturday 1/11/14 12:00 pm** (from Pinkston) "Yes sir, the file was just some things Officer Faircloth had put together. It peaked my interest again about Mr. Johnson. He has not been a problem as of late but can be at anytime. Just wanted you to have some knowledge of him. Adam Parker has dealt with him the most on a personal level and can give you more insight. I'll talk with you in depth on Monday."

**Saturday 1/11/14 12:05 pm** (from Paidousis) "Thanks Greg!" A true and accurate copy produced from an open records request of these messages is attached to the Complaint as Exhibit 4.

15

47.    **2/24/14**  A complaint about Renee Kelly was sent to Oaks. A true and accurate copy of the email is attached to the Complaint as Exhibit 5.

48.    **1/1/25/14**    Johnson's met with McIntyre about issues with school and issues that hadn't been resolved.

"As a follow up to our conversation and the concerns you have expressed, I have instructed Chief Gus Paidousis of our School Security Department to destroy the so-called "Johnson File." He has since confirmed that the contents of this School Security Department file have been shredded."

49.    **3/31/2014**   email from Russ Oaks about a list that required Mr. Johnson to be escorted to visit the offices in the Andrew Johnson building saying that his name would be removed. A true and accurate copy of the email is attached to the Complaint as Exhibit 6.

50.    **5/29/2014**   Letter in response to FOIA request for the "Johnson File" deeming request confidential and not open to public inspection. A true and accurate copy of the letter is attached to the Complaint as Exhibit 7.

51.    **8/19/2014 12:17 am**   Email sent to Paidousis and Oaks about an encounter with Officer Faircloth at West Valley Middle School. A true and accurate copy of the email is attached to the Complaint as Exhibit 8.

52.    **8/20/2014 12:29 pm**    Response to email from Paidousis. A true and accurate copy of the email is attached to the Complaint as Exhibit 9.

53.    **12/8/2014**   Letter received from McIntyre advising Mr. Johnson that he has instructed Paidousis to destroy the "Johnson File." A true and accurate copy of the letter is attached to the Complaint as Exhibit 10.

54.    **2013-2014/2014-15 at Northshore Elementary:**

Mr. Sharles Johnson was the original "Mr. Knight" the mascot of Northshore Elementary School. Around the school and the community, children would often talk to him and address him as "Mr. Knight" whenever they saw him. He had 4 children that attended that school the first year Northshore Elementary was opened, Kindergarten, 2nd, 3rd and 5th. Mr. Johnson often read in the classrooms- even being invited to be a "guest reader" when other celebrities were invited to

16

the school to read on a special day. He was asked to start a YouTube channel where he read books so that teachers could use it as a resource when he wasn't available. Mr. and Mrs. Johnson were often helpers in the cafeteria and assisted every day for the first 2 weeks of the school year to help kindergarteners get acquainted with eating in the cafeteria and assisted with opening drinks and getting their hot lunches. Mr. Johnson often helped with morning announcements. Mr. Johnson started "DONE" (Dads Of Northshore Elementary) and held the Dads and Doughnuts event both years. In May of 2015, before Mrs. Davis retired from being principal, she met with the Johnsons and Mr. Whipple (the assistant principal) to try to prepare for the transition to the new principal so that Mr. Johnson could still be involved. Mr. Johnson helped to choose and order the costume from China for the school mascot before the end of the year.

55.     **4/29/2015**     Email sent to board members Carson, Fugate, McMillan and Rountree about the grievance process and where it is at. A true and accurate copy of the e-mail dated is attached to the Complaint as Exhibit 11.

56.     **5/13/2015**     Mr. Johnson emailed Mike McMillan (school board) and James McIntyre (through Kay Good secretary) and Karen Carson (school board). Mr. Johnson requested a meeting with Gus Paidousis, Officer Faircloth, Officer Pinkston and Mr. Oaks concerning Pinkston, and Adam Parker addressing prejudices, perceptions and Mr. Faircloth "and his interactions with our children." "This is what KCS does, things are ignored and then hear that was last year or 6 months ago or we moved him/her. So where's the grievance process?" A true and accurate copy of the email is attached to the Complaint as Exhibit 12.


57.     **2015-2016 Northshore Elementary**

**6/17/2015**   Mr. and Mrs. Johnson met with Mr. Brandon Pratt (the new principal at Northshore Elementary) to discuss the transition from the old principal to Mr. Pratt and how Mr. Johnson's participation in school activities and programs would continue. Mr. Johnson discussed all the different ways he had been involved over the last couple of years. He wanted Mr. Pratt to get to know him "minority to minority." Mr. Johnson advised him that several fathers had come to him and mentioned that they were worried about Mr. Pratt being homosexual and that some families

17

Case 3:19-cv-00179-PLR-DCP   Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP   Document 17   Filed 12/13/19   Page 17 of 109
PageID #: 59

were looking to leave Northshore because of it but that Mr. Johnson had no problems with him. Mr. Johnson does have an audio recording of the entire meeting. If there is any wondering why there is a recording, the Johnsons have discovered over the years the "smoke and mirrors" they have encountered throughout Knox County Schools because they lie and deny everything that is said and done and he started to realize who he was dealing with. So, to protect his family and himself, they started to record every conversation with anyone from the school or school system. The school system always tries to outlast parents, and frustrate them so that parents give up or act like a parent is making something up because the school staff member denies what has been said or done.

58.     **8/5/2015**     Northshore Elementary held their beginning of the year open house. Mr. Johnson attended with his children. He was told by several parents leaving the open house that they had seen the new costume for the mascot and thought that it was him in the costume. He thought he was going to be alerted when the costume came since he was the one that collaborated with Principal Davis to get it ordered. He noticed teachers were acting differently towards him that night which was odd because of their good relationship with the family for the last 2 years. Mr. Johnson spoke with Mr. Dunaway (the resource officer) and caught up about each other's summers. The hallway was loud and people were everywhere. While Mr. Johnson was talking with Chanda Pressley (V.P of the PTA and the parent of one of the children that had been in his son's classroom for several years previously) he heard someone say, "Hey, Mr. Knight!" so he turned around and saw the mascot. Mr. Johnson is 6 feet tall and she is about 5'2" He leaned down to talk to her and said, "there is only one Northshore Knight." He tried to go over to the knight after that and shake his/her hand and whoever was wearing the costume refused to shake his hand. No one ever told him who was wearing the costume that night even though he asked.

59.     **8/5/2015 8:18 pm**
Mr. Johnson emailed Pratt about not being alerted of the costume coming in. He stated,

Case 3:19-cv-00179-PLR-DCP   Document 17   Filed 12/13/19   Page 18 of 109
Case 3:19-cv-00179-KAC-DCP   Document 17   Filed 12/13/19   Page 18 of 109
PageID #: 60

"Even though I probably wouldn't have done it tonight because I'm there for my
children. I would have appreciated being kept in the loop unless somehow things
have changed but I am known for being "Mr. Knight." And further on, "Also find
some time for me I will need about a half an hour so that way I can get things on
the schedule for the Dads of Northshore, I will be there for the 3rd year helping
out the kindergarteners when I can and then also reading as usual." A true and
accurate copy of the email is attached to the Complaint as Exhibit 13.

60.     **8/7/2015**     Mr. Dunaway, the school resource officer was killed in a car a
accident.

61.     **8/9/2015**     Mr. and Mrs. Johnson visited Lori Dunaway in the hospital to
check on her and her daughter.

62.     **8/10/2015**     The school brought counselors to the school for anyone that
needed them. The Johnsons met with Tracy Horton (school counselor) who they had a good
relationship with. It was a difficult loss because Officer Dunaway had become a close friend.

63.     **8/10/2015** (same day later on) The same day after leaving the school, Mr. Johnson
received a message from Mike Dunaway (Officer Dunaway's father who is also a Knox County
Resource officer) saying that he had heard from "Northshore leadership" that a gofundme
account was started for his son by Mr. Johnson under a false name and he accused him of trying
to "scam people out of money and profit from his son's tragic death." He also threatened to have
Mr. Johnson arrested because of it. He wouldn't tell Mr. Johnson who told him he did it nor
would the school admit who said this to Mr. Dunaway. Mr. Johnson discovered who actually
started the account (a man named Chris Smith who was a father from Northshore Elementary)-
which you could also see on the actual go fund me page. After contacting this man, Mr. Johnson
found out that Chris Smith had actually partnered with and gotten approval from the leadership
at Northshore Elementary before setting up the account. Whichever Northshore leader told Mr.
Dunaway that Mr. Johnson was the one who started the go fund me under someone else's name
was doing it to be malicious. Chris Smith nor Northshore leadership talked to Officer Dunaway's
family before starting the fundraiser.

64.     **8/22/2015**     Brooke Donohoe (a school social worker) called Mr. Johnson and

19

Case 3:19-cv-00179-PLR-DCP   Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP   Document 17   Filed 12/13/19   Page 19 of 109
PageID #: 61

said that Mr. Pratt "heard from a teacher that we had moved in the summer" and she wanted to make sure that our information was accurate.

65.　　**8/27/15 11:24 a.m.**　Mr. Johnson sent an email to Clifford Davis about Mr. Pratt having Donohoe investigate his family and moving based on gossip and wrote that "there are other issues at play concerning myself and Mr Pratt, its either to have me not involved in the school like I have been for the last 2 years  or eliminate me entirely to try to get me out."

66.　　**8/28/15 3:13 p.m.**　　Mr. Johnson sent an email to Brandon Pratt, Clifford Davis (Chief of staff), Amanda Cunningham (Northshore Elementary secretary) and his wife with a current KUB utility bill for 10005 Hempshire Ln. (where they lived at the time) dated 8/10/15 which was the current bill. This house is within the Northshore Elementary school zone. Mr. Johnson stated that his family was in the process of moving and that they would provide information when the move was complete. Even though a current utility bill was provided (per board policy), that was not good enough for Mr. Pratt. A true and accurate copy of the email is attached to the Complaint as Exhibit 14.

67.　　**8/28/15 3:52 pm**　　Mr. Pratt responded back and said,
> "thank you for confirming that your family has moved. Your children will be able to remain at Northshore as long as you are able to provide current documentation (KUB and/or lease agreement) that you are still in our school zone. However, if you have moved out of our zone, you will need to enroll at your zoned school on Monday Aug. 31st."

A true and accurate copy of the email is attached to the Complaint as Exhibit 15.

(Knox County School Board policy J-152 says that for what they call "wrongful enrollment" which is what Mr. Pratt was trying to accuse the Johnson family of- it says, "Any out-of-zone student found to be enrolled in or attending a school other than their base school without an approved transfer shall be returned to the appropriate base school at the end of the semester in which the violation is discovered, unless the Director of Schools determines it is in the best interests of the student and/or the school system to do otherwise." It doesn't say you have to leave immediately and enroll your children in another school. It also reads under the "general

20

Case 3:19-cv-00179-PLR-DCP   Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP    Document 17    Filed 12/13/19    Page 20 of 109
PageID #: 62

transfer application" which is what the Johnsons would have been going through if necessary, it reads; "Parents or guardians of students changing residence or family status after the general transfer periods have concluded may apply for a transfer to the Office of the Supervisor of Enrollment. If an application is not made at the proper time, or is denied, students shall report to their base school at the beginning of the new school year." Mr. Pratt wasn't following school board policy when it came to the Johnson family. He just wanted the Johnson's to leave.

68.     **8/28/15 4:45 pm**   Mr. Johnson responded back to Mr. Pratt's email reiterating that his family was in the process of moving and nothing was complete at this point and that the school would get the necessary information when available. A true and accurate copy of the email is attached to the Complaint as Exhibit 15.

69.     **9/1/2015**   Mrs. Johnson sent email to Mr. Pratt in response to Mr. Pratt's previous email dictating that the Johnson children need to be enrolled at their "base school" on 8/31/15.

70.     **9/4/15 4:16 pm**   Pratt emailed Mr. Johnson the numbers his family sold of coupon books the previous 2 years only after Mr. Johnson already contacted central office. Peggy Ford (Northshore Elementary bookkeeper) said that we had to contact Pratt instead of her giving us the information like she has previous years. It then continued,

> "Also, as I reflected on our conversation earlier today, please provide the school with the proof of residence in order for us to confirm and verify residency within the Northshore school zone. You are welcome to copy Dr. Davis with this information as well, but it is the school's responsibility to acquire this documentation." A true and accurate copy of the email is attached to the Complaint as Exhibit 16.

71.     **9/6/2015 4:02 pm**   Mr. Johnson responded to Pratt's email. A true and accurate copy of the email is attached to the Complaint as Exhibit 17.

72.     **9/8/2015**   Social Worker's supervisor Heather Willis emailed Melissa Massie (the department head above her) about the moving situation and said,

> "FYI, in case you get a call from an upset Northshore parent, Sharles Johnson.... It was 'discovered' that they have moved to the A.L.Lotts school zone. "

73.     **10/14/2015 10:23 a.m.** Complaint about Brandon Pratt was sent via email

to McIntyre (Superintendent of Knox County Schools at the time) through his secretary Kay Good, Clifford Davis (Chief of Staff for Knox County Schools), and Mrs. Johnson and then forwarded to Lynn Fugate (school board member of our district) and Mike McMillan (head school board member). This email was a complaint about Brandon Pratt that laid out the majority of issues that Mr. Johnson had encountered through the last 2 months (since school started) and asked for Mr. Pratt to be addressed and corrected. It also stated,

> "There needs to be an appropriate documented avenue to confront these behaviors with him and other principals. If you need a parent or organization to head that up, let me know. I can sift through the complaints and address the parents who are completely off base and pass on the valid and accurate. This complaint/concern form dated 1996 is not accurate or show accountability. KCS and data should not be the only way a principal is held accountable."

A true and accurate copy of the email is attached to the Complaint as Exhibit 18.

74.     **10/14/2015 8:52 pm**   Mr. Johnson received email copy of letter from Julie Thompson about civility code. First time heard of this because they certainly didn't hold staff or resource officers to the same thing. A true and accurate copy of the letter is attached to the Complaint as Exhibit 19.

75.     **10/14/2015** 10:28 pm  Mr. Johnson responds to email and sent to Clifford Davis and Julie Thompson

76.     **11/5/2015**     Mr. Johnson was speaking with a grandparent in the parking lot. Sherri James came out and offered some leftover Bruster's ice cream to the grandparent and addressed her by her name. Sheri then held the same ice cream tray out to me and didn't say anything to me. After Sheri left, the grandparent mentioned how rude it was. Mrs. Johnson then came over to join the conversation and we all talked about the differences we had encountered since the new principal came to the school. We found out later on that she was actually the parent of our daughter's Sunday school teacher and laughed together for a little while longer.

77.     **11/5/2015**     November School Board meeting. Mr. Johnson had requested time to

speak that night and was going to address the board with the things that he had encountered at Northshore Elementary since the school year started since Principal Pratt wasn't following board policy and refused to respond to questions asked of him. When he arrived at the meeting, he noticed a large amount of employees from Northshore, PTA members and parents. Something seemed off. Mr. Johnson decided not to speak. After his name was called and he chose not to stand up, school secretary Amanda Cunningham was called. She started off her time saying that she was there with "supportive colleagues and wonderful parents and PTA" and that they were there because, "we were under the impression we might have a parent speak tonight and I want to fill you in a little bit on the REALITY of life at Northshore and all the good things going on." and that she was there "on behalf of the staff, parents and PTA that are represented from Northshore here tonight and many more that were unable to attend." This same secretary was amicable to the Johnson's while Principal Davis worked at the school. This was a clear representation of how people associated with Northshore talked about Mr. Johnson behind closed doors and wanted to show a united front that they agreed with Pratt. Mr. Johnson still doesn't know how Cunningham and all the others found out he was speaking and what he was going to speak about that night.

78. **11/24/2015** OCR complaint 04-16-1119 filed.

79. **12/11/2015** Both Mr. and Mrs. Johnson came to Northshore to watch our 5th graders "Poetry Alive" presentation. Sherri James (secretary at Northshore Elementary) asked if we had come for that activity (which most of the parents coming in were there for and had a separate sign in sheet for which we had already signed). After Mr. Johnson had left the office, Sheri came out from behind her desk with a letter in her hand and forcefully put it in Mrs. Johnson's diaper bag as she was trying to walk out of the office holding our newborn daughter in her carseat. The force that she used putting it into the diaper bag pulled Mrs. Johnson backwards. There was no reason for her to do this. If a parent had done this to an employee instead of the other way around, the school system would have acted immediately and taken all necessary measures. Mr. Johnson filed a complaint about her "uncivil" actions with admin and Paidousis but they did nothing.

23

80.     **12/15/2015**     Mrs. Johnson sent an email complaint to Elizabeth Alves about the situation with Sherri James which was then forwarded to Christy Dowell (Elementary supervisor over Northshore Elementary) about what Sherri James had done.

81.     **12/18/2015**     Christy Dowell responded to Mrs. Johnson's complaint about Sheri. It was forwarded to her from Elizabeth Alves because Christy Dowell was the Elementary Supervisor over Northshore. She stated that she investigated on 12/16/2015 and Sheri told her that there was no ill will on her behalf and she basically denied the allegations. Nothing else was done to handle the complaint or change the secretary's behavior.

82.     **December 2015**  Mrs. Johnson filed a police report against the secretary Sherri James since the school didn't think it warranted any response.

83.     **1/3/2016 2:54 pm**  email from Minor Johnson Child #4 to Christy Dowell with questions about what has been going on at Northshore that year.

84.     **1/4/2016**     Mr. Johnson sent email to Christy Dowell, Julie Thompson, Clifford Davis, Gus Paidousis and Kay Good (Mr. McIntyre's secretary) about the situation with Sherri James and telling them what exactly happened.

85.     **1/12/2016**     Email was sent to Brandon Pratt saying that he was sure he was aware of the filing of the police report against Sherri James and the assault. And asking to make sure that Sherri James acted civilly towards Mrs. Johnson and their daughters.

86.     **1/15/2016**     Mr. Johnson emailed the same people as 1/4/2016 since he had not received any response and asked if this had been moved to human resources yet.

87.     **1/19/2016**     The United States Department of Education Office for Civil Rights accepted OCR complaint #04-16-1119 that was filed 11/24/2015. The school district would have received the same copy sent to Mr. Johnson. In the letter it states that both parties would have to participate in a mediation process within 60 days. A true and accurate copy of the letter is attached to the Complaint as Exhibit 20.

88.     **1/27/2016**     Mrs. Johnson responded to Christy Dowell's December email.

89.     **1/29/2016**     Mr. Johnson emailed Gus Paidousis asking him to explain why

24

the resource officer at Northshore Elementary was given the task of handing him a form for some homework for his 2nd grader that he needed to sign. The resource officer Mr. Grant told Mr. Johnson he was told to give it to him.

90. **1/29/2016 1:48 pm** email to Clifford Davis about the call Mr. Johnson received from him about meeting. A true and accurate copy of the email is attached to the Complaint as Exhibit 27.

91. **2/2/2016** Found out that Mr. Johnson's grandmother was very sick and in the hospital and he had to go back to Chicago since he was the next of kin. He spent the next month going back and forth between Chicago and Knoxville dealing with her illness and then eventual passing.

92. **2/5/2016** Mr. Johnson informed the three schools (Mrs. Parham-Northshore assistant principal, David Claxon- West Valley Middle School principal and John Bartlett- Bearden High School principal) that the Johnson family would be going back to Chicago for his grandmother. Once he got to Chicago, he found out that his grandmother was not just in the hospital, but that she had been put in hospice care. The next few weeks were a rollercoaster.

93. **2/22/2016** Mr. Johnson had to make the decision to remove his grandmother from life support.

94. **2/22/2016** Date of original no trespass letter. Letter was handed to Sharles Johnson 2/29/16. They wrote that Mr. Johnson didn't attend the meeting February 3rd and they subsequently were unsuccessful in contacting him. This was during the time that he was learning of his grandmother's illness and then when he was in Chicago with her. His main objective while in Chicago was taking care of his grandmother and the decisions that he would soon have to make.

95. **2/29/2016** Mr. Johnson came to Northshore Elementary to eat lunch with the kids. After ringing the doorbell, it took awhile for them to unlock it for him to come in. He knew (like many other times) that someone told the resource officer it was him and he needed to come down to the office. This happened all the time. When Mr. Johnson would come into the school,

25

the resource officer was in the office (but when Susan Davis was the principal, this did not happen). If he was eating lunch with his children, he would see the resource officer as he was walking into the cafeteria or as soon as he came out of the cafeteria, every single time. Mr. Johnson was never loud, belligerent, violent, or threatening to anyone. He never caused any physical harm to anyone or created any scene on property or gotten loud, he also never disrupted the educational process in any classrooms. There was no reason to have a resource officer come to keep an eye on Mr. Johnson. This was discriminatory and prejudicial. After unlocking the door and coming in, Mr. Johnson was handed the no trespass order by Officer Grant (school resource officer) this happened on the first day the Johnson family had been to school after returning from Chicago.

96.     **2/29/2016**     The No Trespass Order reads
*February 22, 2016*
*Dear Mr. Johnson:*
*"A meeting was scheduled with you for Monday, February 3, 2016, to discuss expectations regarding your inappropriate interactions with staff at Northshore Elementary School. You did not attend the meeting, and we subsequently tried unsuccessfully to contact you several times. Because of our inability to meet with you personally, we are communicating with you in writing." "It is the intent of the Knox County Schools to promote mutual respect, civility and orderly conduct among district employees, parents and the general public. We encourage participation in school activities and communication between parents, community members and school district personnel. However, you have exhibited behaviors that are considered inappropriate and disruptive to the operations of Northshore Elementary School. Some examples are as follows:*

A.   *"In a meeting on June 17th, 2015, you indicated that fathers at the Northshore Elementary had come to you and were concerned due to the principal's sexual orientation."*

B.   *"You have sent emails that included additional inappropriate comments about the principal such as the following"*

    a.   *-..."gossip(men generally don't do)"*

    b.   *-" When did this place turn into a bunch of gossiping women"*

    c.   *-" Are you still struggling with strong male leadership"*

    d.   *-" He tries to establish himself as the Alpha around NE when in fact there are 400 males there. I have expressed to central office that he is a beta male"*

26

e.   -" She was apart of the women gossip group that came in August"

C.  "On October 14th 2015, you were sent a letter from Ms. Julie Thompson, Executive Director of Elementary Education, outlining expectations for your interactions with school staff due to inappropriate behaviors exhibited."

D.  "On Nov 5th 2015 a grandparent reported she felt trapped at her car by you during a conversation. She indicated she was unable to answer a phone call and text messages. She reported she was uncomfortable with the conversation. The grandparent reported that you said there was racism and bigotry in the school."

E.  "When you were not allowed to dress as the Northshore Knight mascot you moved close to the face of an employee and said "I am the only Northshore Knight and there will not be another one."

"This letter serves as a no trespass notification and has no expiration date. As a result of your behavior, you are no longer permitted on any property owned by the Knox County Schools or controlled properties that are part of the facility. This order is in effect until the Knox County Schools Security Division determines that cancellation is prudent, and any violations could be grounds for arrest and/or citation. The following provides a summary of three state laws which may be applicable in this matter should there be a violation: Tennessee Code Annotated 39-14-405 makes it a criminal offense to remain upon the property of another when you know that you do not have permission to be on the premises. Tennessee Code Annotated 39-14-406 states that such a trespass is aggravated if your continued presence on the premises causes others to fear for their safety. Tennessee Code Annotated 39-17-305 makes it a criminal offense to engage in violent or threatening behavior, or to create a hazardous or physically offensive condition in a public place. In the event that you need to discuss the academic performance of your child(ren), please feel free to make an appointment by email with school administrators for a phone conference. Should you have any questions regarding this letter, please feel free to contact us.   Sincerely, Clifford Davis and Gus Paidousis."

A true and accurate copy of the letter is attached to the Complaint as Exhibit 21.

79.    (my responses to the accusations listed and the actual emails that were cut and paste from to come up with their accusations) Mr. Johnson was able to do an open records request for the emails that contained all of the phrases that the No Trespass order was alleging. He was able to get a copy of all these following below.

A. I have this recorded conversation. I told him that I had heard from some men at Northshore that were concerned but wanted to tell you that I don't care. I recorded the meeting because KCS has a long history of lying or telling a half story about conversations. This is a prime example.

B.    (a) 9/6/2015 4:01 pm to Brandon Pratt "Hello, No need to 'check in'. It was to talk crap and administer arrogance that will continually get checked. It was not to make sure 'I received'

27

anything. I contacted Ms. Witt she sent information and then cc'd Mr. Davis and Mr. Oaks. Your conversation was done. As it was done in the 2 yrs prior, the bookkeeper could've done the same thing. Misinformation or assumptions again seems to be a track record. It's interesting how the top sellers for 2 yrs are treated. We will be vocal in our community when asked. You sent this as a way to remind about information and then to tell me who to cc. As though you are 'untouchable.' We asked Mr. Davis to receive verification, because of the issues, **gossip (men don't generally do)**, understanding we had and it again shows you your position and place." A true and accurate copy of the email is attached to the Complaint as Exhibit 22.

(b) **12/17/2015 7:54 am to Carl Whipple** "Now this was just supposed to be about picking up that red massage chair, but I would have thought that when the gossip was going around saying that I started a fake GoFundMe account about Officer Dunaway taking money from the family, you would have said something and said "No I saw how those two related". His father said "Northshore administration" told him that I did It. **When this place turned into a bunch of gossiping women.** I will be there sometime today to pick up the red chair in the teachers lounge. Make sure the front office staff knows so that way I don't have to explain anything or check them. And I do want to say I am NOT shocked that your stance since after Susan Davis left. With as much as you saw and were apart of, you would be one whom I would have thought would have said no Susan Davis said this, I saw why the focus on him. But being from me city I understand small town politics. And on a side note you hear about the officer that shot the gentlemen of Chicago. Did you notice how Chicago didn't burn up the city or tear it down. We don't do stuff like that it was the same attitude when that stuff happened with Rodney King. So what I'm trying to say is what I've been telling people is that being born and raised there. There's a way that we can deal with cultural or racial issues. Or when people get in positions of how they think they can just say or do whatever. We are not going to lie about it. That's not happening. That's our culture that's the background of myself, my parents, my grandparents, my siblings and our children." A true and accurate copy of the email is attached to the Complaint as Exhibit 23.

(c) **8/28/2015 3:13 pm to Brandon Pratt, Clifford Davis** "I thought we handed in those updates of address. At that time there is nothing to update. Let me repeat that for you there was

"nothing to update. So No Pratt we didn't move in the summer. Did you go verify with everybody? **Are you still struggling with strong male leadership?** Sorry. Gossip is never correct. You will come to understand and work within the confines of relationships. You are trying to administer relationships that we have with people. You need to find a "hobby". What you have done is basically have me reciprocate the investment then you are putting into this relationship with me that would be my time and focus....I mean dang we are still moving stuff out. Matter of fact as of last night" Pratt letter about us moving and those dates being OUT of policy was NEVER addressed" A true and accurate copy of the email is attached to the Complaint as Exhibit 24.

    (d) **10/14/15 8:54 am (sent to teachers)** Over the last 2 months I've been gathering information and allowing things to play out as I and preparing to deal with the cultural changes, atmosphere and the lack of community feel that has been happening at Northshore elementary from my perspective. Mr Pratt has manipulate policy and hide insecurity and **he tries to establish himself as the Alpha around Northshore Elementary, when in fact there are 400 alpha males there.** I have expressed to central office that he is a beta male. Because he serves the community. Not just the community that fits him. A true and accurate copy of the email is attached to the Complaint as Exhibit 25.

    (e) **1/12/2015 to Mrs. Parham** "Ms. Parham- Last Thursday while eating lunch with my daughter.(After you came to say hello) The worker in the cafeteria Elaine Hoover came up to my daughter and informed her that Ms. Veler had already left and wanted...."2. I have spoken to her about asking my 2nd grader about where he lives at. **She was apart of the women gossip group that came in August.** She did this in Sept. We addressed it. When I figured out who it was. We are available Thursday at 1:00pm to schools end. I have attached what my daughter wrote. We want this in an employee file and it go through its process" A true and accurate copy of the email is attached to the Complaint as Exhibit 26.

**C. 10/14/2015**    Julie Thompson letter that KCS says "outlining expectations for your interactions with school staff due to inappropriate behaviors exhibited.""...........It is important going forward that you follow Knox County Schools Board Policy BK Civility Code when

interacting with students, faculty, and administrators at Northshore Elementary School. It is our expectation that your interactions with Knox County Schools administrators and staff will be appropriate and that you will refrain from personal comments that could be considered derogatory in nature.

**D. Text message from May 4th 2016 at 7:21 am her son stated** "My mom set the record straight with the school regarding the meeting between you all.." A true and accurate copy of the text message is on Exhibit 30 p.1 of 6 and Exhibit 30 p.2 of 6. The grandmother was the mother of our daughter's Sunday school teacher. After hearing what the school wrote about her in this letter, that same grandmother contacted the school to let them know she never said anything like that. She had THREE people speak to me on the same day (my daughter, my wife and HER son) to let me know that she loves me and she cares about us and that she was "sorry that I am dealing with this and she wanted to reaffirm that she didn't say anything like what they are saying." Our conversation took place in the PARKING LOT. I shared my experiences and she shared hers. I also don't use words like " Bigotry" or "Racism." I knew those words came from someone else.

**E. 8/5/2015 8:18 pm to Pratt** "Mr. Pratt - What happened with the Northshore Knight. Last I heard from Mrs. Davis it was on its way from China. Who was the Knight? That was a slap in the face. Whoever it was wasn't very engaging with me. The Knight is not a pta thing by the way. It was a dads on behalf of dads. I could have sworn I was very much a part of actually picking that particular costume the coloring and design. Even though I probably wouldn't have done it tonight because I'm there for my children. I would have appreciated being kept in the loop unless somehow things have changed but I am known for being 'Mr. Knight.' Also find some time for me I will need about a half an hour so that way I can get things on the schedule for the dance (should have said dad's) of Northshore, I will be there for the 3rd year helping out the kindergarteners when I can and then also reading as usual."

- The "school employee" they referred to was the PTA Vice President Chanda Pressley who is NOT a school employee. See an open record request verifying this on Exhibit 32. So, as a PTA representative, who was she telling about this conversation and why is she

30

trying to create dissension between a parent and the school? I believe KCS twisted this and called her an "employee" to try to fit what they wanted to do.

In both of these scenarios they wrote what they did so it showed a black man speaking with or standing by "white" women is intimidating. Getting in their "face" or "real close" was written to insinuate intimidation. It's an old cultural stereotype. The letter stated this was my behavior. What they must not have realized was that my "white" wife was also there in the midst of both of these conversations. For the November conversation with the grandmother, we only found out that her son was his daughter's Sunday School teacher because the grandmother did answer a phone call as well as several text messages while she was standing in the parking lot with the Johnson's.

97. **2/29/2016 4:29 pm** Mr. Johnson sent email to Gus Paidousis and Clifford Davis about the issue with the resource officer singling out Mr. Johnson and being called down to the office just because Mr. Johnson was there. A resource officer is in the school to protect the children, not to harass a parent.

98. **2/29/2016** Mr. Johnson filed another OCR complaint to the Department of Education. This one is based on the No Trespass Order being done in retaliation of the previous complaint. A true and accurate copy of part of that letter is included as Exhibit 28.

99. **3/5/2016** Mr. Johnson emailed Clifford Davis and Gus Paidousis saying that he was still waiting for responses and follow up concerning the profiling and stereotypes.

100. **3/7/2016** Mr. Johnson sent an email to all three schools again about being gone to bury his grandmother and that if there were going to be any problems with the amount of days missed, to please get in touch and that would get added to the mix.

101. **4/7/2016** Federal mediation about OCR complaint with Clifford Davis, Scott Bolton (compliance) and Gary Dupler (school system attorney). Mr. Johnson told these men that only evil could be that accurate when Knox County Schools created the no trespass letter on the same day that his grandmother passed away. Gary Dupler told Mr. Johnson that teachers would go into classrooms to eat their lunches in the dark when "they heard" he came into the school because they didn't want to be subpoenaed. He also said that teachers were

31

"intimidated by Mr. Johnson because he was educated, well spoken, and opinionated but it wasn't race." There was no way to "hear" that Mr. Johnson came into the school unless it was shared on the walkie talkies. This is discriminatory.

102.    **4/29/2016**    Received truancy letter about the Johnson children at Northshore Elementary from Brooke Donohoe. Absences were from the time the family was in Chicago for Mr. Johnson's grandmother and for the funeral. Joy Smith (teacher of Minor Johnson Child #5) was marking him absent though administration was aware that the Johnson's would be out of town. Mr. Johnson believes that this was in retaliation of the OCR complaint that was filed and to bring harm to Mr. Johnson and the Minor Johnson children.

103.    **4/30/2016**    Mr. Johnson emailed James McIntyre, Clifford Davis and Elizabeth Alves about the truancy letter and that these unexcused absences during the illness and death of his grandmother were discriminatory and retaliatory. All three schools that the Johnson children attended were well aware of the reason why the children were gone and all schools were notified at the same time yet only the children at Northshore Elementary were being singled out for being truant. Mr. Johnson told them that they have the power to remove the unexcused absences and correct the situation without the Johnson's having to attend the truancy meeting.

104.    **5/1/2016**    Mr. Johnson filed OCR complaint #04-16-1361 about the truancy letter being because of retaliation and discrimination.

105.    **5/2/2016**    Emailed Elizabeth Alves, Clifford Davis and Brooke Donohoe about the truancy letter received and what days the Johnson children were labeled as absent.

106.    **5/2/2016**    Brooke Donohoe responded with the days the Johnson children were marked "unexcused" and a majority of the days were from when his grandmother was ill up until her passing 2/22/16 and then during her funeral. All schools had been notified of why the children were absent. There were absolutely no issues with the middle school or high school marking the children unexcused during the same time, just the elementary school.

107.    **6/13/2016**    Minor Johnson #4 wrote a letter that was sent to McIntyre about how Pratt's actions impacted her during her special end of year celebrations. A true and exact copy of this letter is included as EXHIBIT

108.     **6/24/2016**   Mr. Johnson sent an email about the No Trespass order as well as everything that has occurred throughout the school year to James McIntyre (Kay Good secretary) and Buzz Thomas (the interim Superintendent that was taking over after James McIntyre- sent via his secretary Jeff Ownby). There was never any response to this email.

109.     **5/12/2017 12:28 am**   Email sent from Mr. Johnson to Davis, Dupler, Kay Good, Paidousis to ask about having them reconsidering the No Trespass Order because of another child finishing their 5th grade year and all of the end of year activities. A true and accurate copy of the email and it's attachments is attached to the Complaint as Exhibit 30.

110.     **10/8/2018**   Mr. Johnson received a response from the Knox County Law Director about a request Mr. Johnson sent for a copy of each no trespass letter issued to Mr. Johnson and a copy of the no trespass letter that each school has in their children's file. *"There are not multiple no trespass letters addressed to you. There is one "no trespass" letter addressed to you and school administrators have a copy of the letter. The letter was provided to you when it was issued. However, I am enclosing another copy of the letter"*. But there is in fact, two versions of the No Trespass Letter. The letter that was attached to that email was dated February 9, 2016 instead of February 22nd and the date of the "scheduled meeting" was listed as Monday, February 1st instead of Monday, February 3rd like the original letter stated. Examples were omitted from this letter and only the Tennessee Codes were included. This was a completely different letter than the original one that was sent out and that Mr. Johnson has. It has a very different tone to it. Mr. Johnson thought that it was changed and redacted so that the schools couldn't actually see the reasons that were originally given for the no trespass because the schools might question the reasoning for it.

111.     The second version reads:
*February 9, 2016*
*Dear Mr. Johnson:*
*A meeting was scheduled with you for Monday, February 1, 2016, to discuss expectations regarding your inappropriate interactions with staff at Northshore Elementary School. You did not attend the meeting and, we subsequently tried unsuccessfully to contact you several times. Because of our inability to meet with you personally, we are communicating with you in writing.*

33

*You need to know that all property of the Knox County Schools is considered "controlled access" property. By state law and school board policy, the school system has final authority on who may or may not be permitted access to school campuses and facilities at any time, for any reason.*

*This letter serves as a no trespass notification and has no expiration. As a result of your behavior, you are no longer permitted on any property owned by the Knox County Schools or controlled properties that are part of the facility. This order is in effect until the Knox County Schools Security Division determines that cancelation is prudent, and any violations could be grounds for arrest and/or citation.*

*The following provides a summary of three state laws applicable in this matter: Tennessee Code Annotated 39-14-405 makes it a criminal offense to remain upon the property of another when you know that you do not have permission to be on the premises. Tennessee Code Annotated 39-14-406 states that such a trespass is aggravated if your continued presence on the premises causes others to fear for their safety. Tennessee Code Annotated 39-17-305 makes it a criminal offense to engage in violent or threatening behavior, or to create a hazardous or physically offensive condition in a public place.*
*Should you have any questions regarding this letter, please feel free to contact us. Sincerely, Clifford Davis and Gus Paidousis.*
A true and accurate copy of the letter is attached to the Complaint as Exhibit 31.

112.     12/7/2018 2:58 am    Mr. Johnson did contact them with questions but no one ever responded. Mr. Johnson sent email to Dupler requesting reasons for No Trespass Order and why he is banned from KCS property until KCS decides (or not) to lift the ban… A true and accurate copy of this email is attached to the Complaint as Exhibit 33.

113.     Mr. Johnson believes that Clifford Davis and Gus Paidousis conspired to deprive Mr. Johnson of his civil rights, and to cause harm to him and his children by putting together the 2nd version of the No Trespass Order. By there being TWO "No Trespass letters" he believes that it was purposefully and discriminatorily done to target him and retaliate. It was deceptive and fraudulent. Mr. Johnson believes that they tried to bury the first No Trespass Order so they didn't have to show the false allegations that had already been addressed.

114.     Mr. Johnson has always had the original No Trespass Order but had an

34

Case 3:19-cv-00179-PLR-DCP   Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP   Document 17   Filed 12/13/19   Page 34 of 109
PageID #: 76

"inclination," call it Jesus or discernment.This is another example of the "smoke and mirrors" that Mr. Johnson has encountered since moving to Knox County and why he started recording conversations, and keeping and gathering information.

115.    **January 2019**  Kate Mascarette, school counselor at West Valley Middle School overstepped boundaries and refused to listen to the directions of Mr. David Claxton (Principal). Mr. Johnson had made it known that he didn't want anyone speaking to the Minor Johnson children without talking to him first because Mascarette had previously made Minor Johnson #4 feel uncomfortable in a different interaction and Minor Johnson #4 felt as though Mascarette was trying to twist what she was saying to make it into what she wanted.

116.    **3/10/2019 9:46 pm**  email sent to Dupler, Paidousis, Davis, Bob Thomas, Susan Horn (Board member) and Virginia Babb

> "Gus Paidousis either you, KCS Board or Gary Dupler will refer to me the exact policy or 'law' that says the prejudice 'No Trespass' is indefinite or yearly. I've been in conversations hearing one thing. Many asked what did you do? It would have to be egregious. Prejudice and a culture of disdain has no place in Knox County Schools."

A true and accurate copy of this email is attached to Complaint as Exhibit 34.

117.    **4/12/2019**  Mascarette took it upon herself to speak with Minor Johnson #4 time and time again even after being told by both the principal and Minor Johnson what should have been done first. Mascarette tried to do this again without talking to Mr. Johnson first, she called social services out of retaliation since Minor Child #4 walked away from her. Mascarette told social services that Mr. Johnson was not concerned about his daughter's mental health. A social worker then came by the school and spoke with Minor Johnson #4. She thought that Mascarette had gotten permission from Mr. Johnson to bring this person in, so she spoke with him. A few days later, the social worker came by the Johnson house. Mr. Johnson explained the situation and allowed him to ask a few questions. He told the social worker that Mascarette was trying to use DHS as a weapon in this situation. This evil situation caused much tension in the Johnson house once again. Mr. Johnson tried to contact Mascarette's supervisor Laurie Driver, but neither

Mascarette or Laurie Driver ever responded. Mascarette tried to say she called social services because of "policy" but wouldn't say what policy it was.

118.     **4/16/2019 10:31 pm**   Email to Mr. Claxton to ask for the name of Mascarette's Supervisor. A true and accurate copy of the email is attached to Complaint as Exhibit 35.

119.     **4/24/2019 10:58 pm**   Minor Johnson #4 wrote email to the supervisor over the department that Mascarette is in (John Bartlett), Davis, and Principal Claxton and provided a statement of what she had encountered when meeting with Mascarette at Cedar Bluff Middle School for a scheduled conference. A true and accurate copy of the email is attached to Complaint as Exhibit 36.

120.     **4/24/2019**   DHS supervisor Amy Gray texted Mr. Johnson to advise him that that the case initiated by West Valley Middle School counselor Kate Mascarette was being dismissed and she apologized and said she understood how frustrating it was. A true and accurate copy of the text message is attached to Complaint as Exhibit 37.

**121.**     **5/11/2019 12:15 pm**   email to Davis, Russell, and several board members about Principal Russell refusing to set up a meeting with Mr. Johnson unless he told her ahead of time what it was about. A true and accurate copy of this email is attached to Complaint as Exhibit 38.

**122.**     **5/15/2019 9:18 pm**   email from Mrs. Johnson to Russell dated 5/4/2019 11:28 am was sent to school board member Susan Horn, Senator Becky Massey and Phyllis Kane. Mrs. Johnson was responding to an email from Russell that sent Mr. Johnson a copy of the no trespass order. A true and accurate copy of the email is attached to the Complaint as Exhibit 39.

**123.**     **5/16/2019 2:05 pm**   Mr. Johnson sent a letter to Mayor Jacobs pertaining to the No Trespass Order and the history of things he has encountered with KCS. A true and accurate copy of this email and letter are attached to the Complaint as Exhibit 40.

**124.**     **5/21/2019 4:14 pm**   email sent to Russelll, Davis, school board member, and senator Becky Massey about Minor Johnson Child #6's wax museum project that Mr. Johnson had to miss because of the No Trespass Order and how it made Minor Johnson Child #6 feel. This is the third Johnson child who has been forced to have their father miss their end of year 5th

36

grade graduation and activities unnecessarily. A true and accurate copy of this email is attached to Complaint as Exhibit 41.

**125.** **5/22/2019 9:11 am** Mr. Johnson sent email to Senator Becky Massey, Sarah Fansler and Mandi Benedict requesting all of the political offices to try to intervene on his behalf about the No Trespass Order. A true and accurate copy of this email is attached to Complaint as Exhibit 42.

126.     I am asking for court oversight to make sure certain things are done. If the supposed behaviors were only directed at Northshore Elementary and the staff and administration there, why is the No Trespass Order in place for all schools in Knox County? The letter said NOTHING about other schools and principals feeling the same way. Being that the No Trespass Order is permanent until KCS sees fit to remove it, then this continues to impact the Johnson children. Minor Johnson #7 will go to kindergarten next year. Does he deserve to not have his father there to drop him off as all of his older brothers and sisters did? And the next year would be the youngest Minor Johnson child #8. It is a perpetual violation of this family's rights.

127.     The school board never responded to the no trespass order and/or requests that Mr. Johnson made to have them look into it and get it removed. Basically the school system has told Mr. Johnson that they don't have to afford him due process and they have all the power and that it is okay to ignore communications from a parent. Mr. Johnson had to bring this to federal court to show that power is afforded to him by the constitution of the United States. Even though he is an African American man, he is still a US citizen afforded civil rights. It has been almost 9 years since we moved here and I have encountered malicious, biased and prejudiced actions since the beginning and no one has ever wanted to address or change anything.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendants and provide Plaintiffs with the following relief:

37

Case 3:19-cv-00179-PLR-DCP   Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP    Document 17    Filed 12/13/19    Page 37 of 109
PageID #: 79

A.  That this Court enter a judgment declaring Defendants violated 42 U.S.C. § 1983;

B.  That this Court declare that Defendants violated the First, Fifth and Fourteenth Amendments to the United States Constitution as set forth in this Complaint;

C.  That this Court enter a judgment declaring Defendants violated 42 U.S.C. §§ 6101 and 6102 for Minor Johnson children 1-8;

D.  That this Court enter a judgment declaring Defendants retaliated against Plaintiff and violated Mr. Johnson's rights under Title VI of the Civil Rights Act of 1964, 42 U.S. Code § 2000d–7

E.  That this Court issue an injunction preliminarily and permanently to order Defendants to remove the prejudice No Trespass Order immediately;

F.  That this court oversee the School District instills due process into their policies and procedures;

G.  That this Court award Plaintiffs nominal damages for the past loss of their constitutional rights as set forth in this Complaint.

H.  That this Court award Plaintiffs compensatory damages according to proof for the egregious and long term harm to him and his family in the amount of $20,000,000.00.;

I.  That this Court award Plaintiffs their reasonable attorney fees, costs and expenses pursuant to 42 U.S.C. § 1988 and other applicable law if one is not assigned to him by the court; and

J.  That this Court grant such other and further relief as this court should find just and proper.

38

Case 3:19-cv-00179-PLR-DCP  Filed 12/13/19
Case 3:19-cv-00179-KAC-DCP   Document 17   Filed 12/13/19   Page 38 of 109
PageID #: 80

# VERIFICATION OF COMPLAINT

I, Sharles Johnson, a citizen of the United States and a resident of Knoxville, Tennessee, hereby declare that I have read the foregoing Verified Complaint and the factual allegations therein, and the facts as alleged therein are true and correct.


_Sharles Johnson_
Sharlés Johnson

39

"We ALWAYS do our personal best!"
_____

From: Mr. Johnson [sharles@vfoc.org]
Sent: Monday, July 02, 2012 8:13 PM
To: ADAM PARKER; KELLY JOHNSON; sharles@vfoc.org
Cc: NANCY MALAND; county.mayor@knoxcounty.org; JACK NEALY
Subject: Explanations


Mr. Adam Parker,              5/25/12


I had a couple of things that I wanted to bring to your attention that happened over the last week or week and a half of school. The first thing I wanted to address is why a Knox county Sheriff approached me on a Fun day telling me that the front office staff informed her that they did not see me sign in. She said that they had checked through the names, and told her to find me to go sign in.

I noticed Officer Reed was doing something out of the norm. I have always been very aware of my surroundings that is why I enjoyed the professions the Lord had me involved in. I noticed the Sheriff walking around asking four other parents if they had signed in and then asked the parent next to me the same question. She then approached me telling me to go sign in. She asked the other parents that she approached. I informed Officer Reed that I had signed in and that she can go with me. I would not just go because she told me to. I knew I had done something because I had an orange tag on. I knew I had signed in. When I looked on the paper, I had signed in. I had put the teacher and time but forgot my name. Oops. I was talking with my wife on the cell phone while signing in and forgot to finish filling out the rest. I was approached as though I had not signed in at all; I was checked to make sure that I did. Crazy thing is, when Officer Reed came out to talk to me, I was even wearing the bright orange name tag that I had to fill out when I signed in at the table.

        You see, looking for something says a lot.  After getting all of that straightened out the other parents were just flabbergasted, and had such a disgusted look on their face. They said "She asked all the other parents if they had signed in and then asked me, but you…she knew your name and then TOLD you, you had not signed in, she knew your name and who you were, she knew you by name." I told a parent to remember this and they told me their child's name that was in my child's class.

Principal Parker; why would you send an officer to approach me? According to the website, it says that the police officer on grounds will do what the principal asks them to do. It looks to me as though each Fun day is going to be an anniversary of some issue and it takes away from my child and me enjoying that FUN DAY!!

Last year we experienced some other issues on fun days, like Mrs. Foss coming up to me and telling me to remove my hat like I was a child that attended school. When I told her no, she asked me to go into the office to talk with former Principal Turner. She told me to sit down and went and vented to the former Principal in her office to tell her side of things. Former Principal Turner came out and apologized saying that it was a "southern thing" and that I could keep my hat on. I was never going to take it off. I am an adult and can wear what I want. We also found out that our oldest daughter was being sexually harassed by a boy in her grade and nothing was done about it. Former Principal Turner interrogated our children in the office by themselves. Kelly Johnson wasn't told the whole story by former Principal Turner. We hadn't even been in school for 15 days when all this happened. So, for all of these issues to pop up during another fun day was quite interesting.

        I do not believe it was Mrs. Hornback who sent the officer out. There was a staff member who had a problem for a while. We tried to overlook it but will address it when it happens. She still refused to address my son correctly though we all have an understanding now. The same office assistant also had an issue with notes that were sent in with our children. I kept wondering why the kids were being marked absent when I had sent a note in with them. She would act as though the kids didn't hand in a note from me when they were late just because I would write all of their names on one sheet of paper. She told the kids to tell me that I have to write 4 different notes, which is absurd. It's one family, coming into school at the SAME time, being dropped off by the same parent etc. I did send a note and let her know if they needed copies for the teachers they can be copied in the office. One day I also witnessed how this staff member spoke to children in the office. She snapped at them and told them to shut their mouths. I was walking in the front doors, she then played it off. You know how it is, if "kids don't say anything", then it is okay that it happened, just like the bus situation. If the kids didn't say anything to parents or school employees, it must not have happened. I will talk with you later about that one. And after that, you still said something about making sure that my kids act right on the bus. What kind of kids do I have? A true stakeholder would have been livid about what the children had seen on the bus. I want this lady's name and will be taking this to the director of schools (if I am not mistaken).

This same staff member doesn't wear a name tag when we see her or we'd know her name. I have purposefully looked

Exh. 1 p.1 of 2

One day we picked up Sharles 2nd from school. I was sitting down reading Zoobooks and my wife was up at the counter with the sign-out sheet. When the lady paged Sharles II from Mrs. Chipley's room, she said to "send Sharles to the office to leave". Both my wife and I said "Sharles 2nd", but this office assistant whose name we don't know called down to the class for "Sharles". I was sitting there and said "I'm Sharles". She gave a dirty look. Then Officer Reed tried to tell us that is what he is called in class….we both corrected her. I guess Officer Reed was there to serve and protect the staff members by helping with their job. She tried to tell my wife how my son's name is written on his birth certificate. As the custodian of records, what is Officer Reed doing 1st addressing us about our child's name and 2nd what is she doing looking at our son's birth certificate? Did you know one day his birth certificate APPEARED in his school folder? Where does addressing or knowing about his name come into the duties and agreement Knox County School has with Knox County Sheriff department? I would like a copy of whatever the agreement is with the Sheriff's department. What is Officer Reed's list of responsibilities when she is on school property? How do her actions fit into the agreement for safety of our children at school when they are out of our protection?

(2nd conversation with Officer Reed on day it was said that I didn't sign in) After showing Reed that I did sign in, my wife asked to speak with Officer Reed for a moment. Her first words to Mrs. Johnson before anything was even said were "My name is OFFICER Reed… It's about respect…" My wife told her that she was offended that she would try to tell us what our son's name was and that by them not calling him by his name is basically trying to change his identity. Officer Reed again mentioned my son's birth certificate saying that II was after Johnson, not after his first name and she told Mrs. Johnson that she was "sorry that our son didn't know how to identify with his name and that he will grow up with an IDENTITY PROBLEM". My wife was shocked at how rude and arrogant Officer Reed was and the audacity to say something like that to a parent, the one who NAMES their child! I wish she would've came and got me so we could've put all of this arrogance to a halt. The school addressing Officer Reed will be good to stretch the relationship and show us parents exactly where we stand. I do believe because of taxes and my kids attending school and their TCAP scores they help the school. I want to note that they were good students in Illinois and I worked with them at home.

Maybe this would help to illustrate for her the importance of listening to a parent about what their own child should be called… Let's just say an emergency happens at the school and she calls our son out of what he KNOWS his name is and WHAT he responds to. Those few SECONDS could cost my son, named AFTER me, his life.


    Since we met Officer Reed last year, we have noticed her sarcastic humor tow[Send]ards us and other parents. Most parents don't say anything to her because of the badge, power, and position. We know that she is there to serve and protect. Her peace is not supposed to be disturbed. We saw her peace disturbed when she got very personal with me and my wife. We know that she is receiving a paycheck. Being a police officer is not who she is, but what she does. You can let Officer Reed know that we WILL correct her again if we hear it.

    I have encountered all of this with complete amazement. We are the same people, with the same children, in the same house but at the West Valley middle school we have experienced nothing but understanding, respect, admonishment, encouragement, and active listening. We have been encouraged by others with what they have seen about us. "More people need to parents like us", I didn't say that we are perfect. From my standpoint, "Parent doesn't mean powerless". As we continue in these processes, we will encourage other parents to step up and do what they are supposed to do but also tell others outside of the parent child relationship where that firm broad line is.

This letter will serve as notice to you, A.L. Lotts and Knox County schools regarding these matters. We want you and anyone that reads this to get this in your mind and thoughts. I have cc'd Principal Nealy so that he knows the mindset of what his new students are dealing with at school and at home. I will always cc Principal Nealy because we have six children, and he will most likely get to know all of them so I want him to know the frame of reference they are coming from. This eliminates the he said/she said. We did not deal with these situations in our prior schools. We are the same people,same family its just our geography or school has changed. You would think a traditional home with 6 children same house,same home and same TWO parents would receive a bit more respect.
If I am wrong correct me and grow with me, if I'm a parent respect me. You many respond(including what is the Officer role while at AL lott's) to me by letter at our home address.


Sincerely,
Sharles Johnson

Cc:
Mayor Burchett
Karen Carson (School Board)
Kelly Johnson

Exh. 1 p 2 of 2

 Gmail

Sharlës Johnson <sharlesjohnson8@gmail.com>

## Alves letters
1 message

**Rebekiah Johnson** <rebekiah.johnson@gmail.com>                Thu, Dec 5, 2013 at 3:57 PM
To: Super Dad <sharlesjohnson8@gmail.com>

*I had to copy and paste- it wouldn't let me attach them...*

Elizabeth Alves-

We have never said that we were "uncomfortable" about what we had to sign when it came to the technology deployment. We firmly hold to a boundary of how any agency, person, school, church or group of people relate to any member of our household. If we gave the impression of being uncomfortable, then we were mis-read. We understand the legality of it and the school has no rights when it comes to having any child sign some contract. We believe that Knox County Schools has no legal rights. If they did, please show us.

Second; you made mention that Mrs. Kelly was following board policy when it comes to a conference with a teacher. We have had meetings with teachers alone, we have also had meetings with teacher and administration. It seems like someone is picking and choosing this. Can you explain to me the difference between a conference and an administrative meeting? I did clarify with my wife and Mrs. Kelly that this is the type of meeting where the facilitator writes down what is said and everyone signs it. This time what we are going to do is write out our own summary about what was said and heard, parents AND child will sign and then follow it through to make sure that it goes to HR? Did Mrs. Kelly forward you ALL of the emails? If so, you should have said that there is no way that a teacher should be questioning a child when they bring up that teachers boss (the principal) and that child's parents. We have given Mrs. Kelly and Mrs. Crowley enough so they can prepare themselves on how they are going to answer us, you know how it goes- things are said behind closed doors and then they come to the parents with a united front. If there is no humility- this will eventually make it to you. Unless our expectations are unreasonable. Our viewpoint on it is that when a facilitator is there, it becomes two opposing parties and one is truly there for the child's best interest. It usually comes down to where we didn't see what we saw and by the end of the conversation, we were correct.

Where is our grievance when it came to our complaint for Mrs. Susan Turner and her blatant cultural and demographic prejudices? Have you spoken to her about it? Mrs. Maland surely didn't. Eventually I will bring it to James McIntyre. As we have told you before, being from the Midwest, we know it when we see it because we don't encounter it a lot. She didn't want to hear from our previous principal who said "they just got there", "why are they doing this", "have they seen your kids' grades", "have they taken the time to get to know you", "we didn't like it when your family left". She didn't want to speak with or hear from another professional. Mrs. Turner basically told our daughter that her body and boundaries didn't matter. And when we tried to bring this to you, you tried to state policy and I had to explain to you the role of this father. I asked my kids why they put their heads down while we were talking and they said once you brought up policy, that you didn't get it. Shows once again, that schools don't care about them like a parent can.

And Adam Parker, where are our grievances about him? We have found out recently, as a matter of fact that we are not the only parent or person that has had issues with him. As long as he produced the numbers, KCS administration didn't care how he related to people. We gave our expectation, our children were chastised. It affected their view of school. What are you going to do? We set our "expectation" with both Mr. Parker AND the teacher.

Exh 2 p1 o2

https://mail.google.com/mail/u/1?ik=61e150f648&view=pt&search=all&permthid=thread-f%3A1453616864380237442&simpl=msg-f%3A14536168643...     1/2

We also wanted to know why Mrs. Maland would tell us that Mrs. Davis is "different". That gives us the impression that she understood or knew what we were talking about.

Finally, when we give what KCS calls a "reasonable expectation" or what we call a boundary when it concerns us, we expect it to be followed. At our prior school this was considered common sense with us and administration. Here, it has been justified or excused away. We have been called "exceptional parents" or "we don't get parents like you" that advocate for their child. If our children have good grades and good behavior we'd hope the school would have the sense enough to focus on other parents.

Our expectation would be that KCS would continue to come up to the level of education that we are accustomed to and build upon the foundation that our Chicagoland Illinois schools laid. We find it a bit far reaching to hear KCS hear they are leading the nation in education. It is a bit absurd to think that with all the schools in all the states that Knox County is leading. Maybe KCS is leading in reforming the educational process and standards for their own schools. As of a few weeks ago our children told us that when they went to their next grade here in Knox County, they felt it was review of everything they learned in their previous grade back in Illinois. We told them that they should have told us that and we will never forget that because we are from Chicago schools, they felt our older children weren't going to do as well. I do believe that our oldest son is topping the charts on your TCAPs. Our oldest daughter is doing very well, she just told us how kids in her class don't even know how to do math. Our older children are smart enough to not agree with or understand "fuzzy math". For the schools to think that they are supposed to teach them critical thought when that is what they have parents for baffles us. We have made it plain that if we are like this dealing with and reading and understanding things, how do you think they are or in the process of becoming? If our memory serves us correctly, our oldest son informed Mr. Davis whose job is what when it comes to teaching them that.

Sincerely,

Mr. and Mrs. Sharlés Johnson

Print  |  Close Window

**Subject:** **Policy**
**From:** sjohnson@wapcr.org
**Date:** Wed, Dec 11, 2013 1:11 pm
**To:** clifford.davis@knoxschools.org
**Cc:** elizabeth.alves@knoxschools.org, rebekiah.johnson@gmail.com

Mr. Davis,
Let me know when you will have time available to explain to me policy on teacher complaints and its handling of it. You can explain why this is our child's fault. We did not say or agree with recommendation of removing him. When we speak with him, we will ask and go from there.
Why not change the negative comments or demeanor in his environment and the other students.
We understand why it's skipped around or excused away.
How do we file a grievance or complaint?, so this not taken as a verbal "concern" and it skips through or avoids a process.
There is a "mouth",attitude  and conduct issue.  It boils down to either the teacher hasn't been spoken to because there is no need or concern. Nothing was said or happened. The building is fine about.
  Or she has been spoken to and refuses to change. This should warrant a letter concern. Obviously nothing was said because this pattern has continued.
If you don't  want to meet then a response before the holiday break is needed.
Sincerely,
Mr. Johnson

Copyright © 2003-2014. All rights reserved.

Exh 3

## Re: Johnson file

### GUS PAIDOUSIS

Sat 1/11/2014 12:05 PM

To:PAUL PINKSTON <paul.pinkston@knoxschools.org>;

Thanks Greg !

Sent from my iPhone

> On Jan 11, 2014, at 12:00 PM, "PAUL PINKSTON" <paul.pinkston@knoxschools.org> wrote:
>
> Yes sir, the file was just some things Officer Faircloth had put together. It peaked my interest again about Mr. Johnson. He has not been a problem as of late but can be at anytime. Just wanted you to have some knowledge of him. Adam Parker has dealt with him the most on a personal level and can give you more insight. I'll talk with you in depth on Monday.
>
> Sent from my iPad
>
>> On Jan 11, 2014, at 9:23 AM, "GUS PAIDOUSIS" <gus.paidousis@knoxschools.org> wrote:
>>
>> I have reviewed the Johnson file and will seek your input Monday! I would not consider it complete. A summary sheet from you would have been helpful in order to connect the dots as well as document our review and planned course of action. See you Monday!
>>
>> Sent from my iPhone

Exb 4.

4/18/2014 1:54 PM

 Gmail

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

## situation with Renee Kelly- Russ Oaks letter- I am sending this to you first
2 messages

**Rebekiah Johnson** <rebekiah.johnson@gmail.com>                    Mon, Feb 24, 2014 at 1:06 PM
To: Jae Johnson <sharlesjohnson8@gmail.com>, S Johnson <sjohnson@wapcr.org>

Russ Oaks-
    I just wanted to let you know about a situation that we have brought to the attention of Gus Paidousis, you are over him, correct? I would like to write a formal complaint towards Renee Kelly, principal at West Valley Middle School. Her behavior is NOT conducive with a family friendly environment at the school and she felt the need to air her feelings towards a personal situation with me out in the open in the hallway while she was standing with some math supervisor (or so she has told us that is who he was). I came into the school to pick up some paperwork we had emailed both her and Kathy Rutter about that morning. We told them (first thing in the morning via email) that either my husband or I would be there to pick up the paperwork and if we didn't make it, we wanted it sent home with our 8th grader. I came to pick it up on my way to work. When I entered the building, Renee Kelly was standing there with some man in the hallway, about 5 feet in front of the entrance. She said, "Hello Mrs. Johnson." I smiled and kept walking towards the office. She then asked me about my son, "how is sweet Shakiah" (who is now being homeschooled because she didn't want to meet with us to resolve a situation with a teacher and she felt she could override our wishes for our son's education.) I turned around and told her, "Mrs. Kelly, we are not going to play that role," and kept walking into the office to do what I needed. While I was walking into the office, she kept speaking to me and with an attitude in her voice told me, "I'm gonna continue being me." I went into the office to pick up the paperwork we had requested and spoke with Kathy Rutter. She was on the phone preparing for some fire drill that was going on. I told her why I was there and she told me she had already faxed the paperwork over to the school. Maybe she didn't get our email, but I went on to tell her which paperwork that I was there for, not the school transcripts. I told her I only had a few minutes to wait. I said hello to Mr. Claxton who walked into the office in the meantime. I was in the office for 3-4 minutes and at 1:45, I had to leave to get to work on time and I told Kathy that. She said that she could get the copies for me but it would take a couple more minutes. I told her that I didn't have a couple more minutes and that I had to go to work. I told her that if she could make the copies, I could come in the morning to pick them up. I walked out of the office to leave and Mrs. Kelly was standing near the exit doors, maybe just 2-3 feet away. I had to walk past her to leave. She started talking to me again, saying the same thing she said when I walked into the office. "I'm gonna continue being me. I turned towards her and told her that she has "shown her true colors in this whole situation." She then told me that we had "shown our true colors too, and that we should return the laptop." I told her that we paid to replace the laptop and she said, "yeah, so you can keep it now." I told her, "don't worry, we will be talking to Mr. Davis regarding the whole situation." And she said that was fine and kept saying something else, I turned to leave because I was going to be late for work.

That afternoon, she then sent this email to us, Clifford Davis, Kathy Rutter, Richard Fulford and Paul Pinkston....

"sjohnson@wapcr.org" <sjohnson@wapcr.org>, KATHY RUTTER
<kathy.rutter@knoxschools.org>, CLIFFORD DAVIS
<clifford.davis@knoxschools.org>
Cc: DAVID CLAXTON <david.claxton@knoxschools.org>, RICHARD FULFORD
<richard.fulford@knoxschools.org>, PAUL PINKSTON
<paul.pinkston@knoxschools.org>

Mr. Johnson,
Your wife came to school today at approximately 1:45 p.m. to pick up Shakiah's records. As she entered the building, I politely greeted her at the main entrance of the school and inquired about Shakiah. Mrs. Johnson's response, in the presence of the KCS Math Supervisor, was "Mrs. Kelly...we are not going to play these games!" I did not have any opportunity to respond to her comment because she proceed into the main office. According to Mrs. Rutter, Mrs. Johnson demanded the records that were previously faxed to Shakiah's new school. Mrs. Rutter also mentioned to your wife that she had already shared Shakiah's report card with his older sister per your request. *(sidenote: so she MUST have gotten the email from that morning about the other records, because it said IF WE DIDN'T COME, to give them to our daughter)* Mrs. Rutter then reiterated that all the requested records had been faxed, and she shared that she could provide additional copies of the records to Mrs. Johnson, but she would have to do so after our fire drill at 1:45 p.m. My understanding is that Mrs. Johnson refused to wait and abruptly left the office.

As I continued my conversation with our KCS visitor, Mrs. Johnson approached me and stated, "Mrs. Kelly...you showed your real colors during this whole situation!" At that point, I encouraged her to contact me via email if she wanted to continue the conversation in an attempt to diffuse the matter.

Exh 5 p 2

As a next action step, Mrs. Johnson needs to make an appointment to visit West Valley Middle School for any reason due to the volatile behavior that she has exhibited during her most recent visits to our school. More specifically, she insulted an office volunteer in December and was blatantly disrespectful and rude to me unnecessarily in the presence of a school visitor that I was conversing with when she arrived today.
I am including KCS Security in my correspondence in an effort to ensure that all parties are aware of and in compliance with the expectations with respect to future campus visits by Mrs. Johnson.

Respectfully,
Mrs. Kelly


We have already requested that videos be pulled from that afternoon. There were no children in the hallway because of the fire drill. The video will either show that I approached Mrs. Kelly the way that she says I did, or it will show that she is lying to cover up her own actions and that I turned around to speak to her because she was talking to me... Security isn't only in the school to protect the children from outside influences, but it needs to be there to make sure that the school is also secure and safe for PARENTS that are entering the school as well... Mrs. Kelly acting like this does not provide a safe and conducive environment for anyone. She was antagonistic towards me after I tried to shut down her fake banter with saying that we weren't going to play that role. I wasn't going to play fake with her like everything was hunky dorey after 2 months of her basically ignoring me and my husband and avoiding us about meetings that we requested. She got mad AT ME because I didn't play fake with her in front of whoever this person was. The videos will show Mrs. Kelly's real actions and she needs to have a consequence not only for acting like that on school property (I don't trust a vindictive person like that around my children) and she also needs to have a consequence for trying to limit me from coming to the school whenever I need to.


Statement of Confidentiality


The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.

---

**Rebekiah Johnson** <rebekiah.johnson@gmail.com>                    Wed, Feb 26, 2014 at 11:26 AM
To: sharlesjohnson8 <sharlesjohnson8@gmail.com>


Russ Oaks-
        I just wanted to let you know about a situation that we have brought to the attention of Gus Paidousis, you are over him, correct? I would like to write a formal complaint towards Renee Kelly, principal at West Valley Middle School. Her behavior is NOT conducive with a family friendly environment at the school and she felt the need to air her feelings towards a personal situation with me out in the open in the hallway while she was standing with some math supervisor (or so she has told us that is who he was, I believe his name is Greg Petko?). I came into the school to pick up some paperwork we had emailed both her and Kathy Rutter about that morning. We told them (first thing in the morning via email) that either my husband or I would be there to pick up this paperwork and if we didn't make it, we wanted it sent home with our 8th grade daughter. I came to pick it up on my way to work. When I entered the building, Renee Kelly was standing there with some man in the hallway, about 5 feet in front of the entrance. She said, "Hello Mrs. Johnson." I smiled and kept walking towards the office. She then asked me about my son, "how is sweet Shakiah" (who is now being homeschooled because she didn't want to meet with us to resolve a situation with a teacher and she felt she could override our wishes for our son's education.) I turned around and told her, "Mrs. Kelly, we are not going to play that role," and kept walking into the office to do what I needed. While I was walking into the office, her speech and dialect changed and she kept speaking to me and with an attitude in her voice told me, "I'm gonna continue being me." This was her way of "going off" on me because I didn't play fake with her in front of her visitor. She had a street like attitude. I know it when I see it since I am married to someone from the black culture. While there is nothing wrong with someone keeping their culture, it is something else when you act and speak like you don't have common sense. I guess she figured because I was a white female and a parent, she could speak to me any way. That wasn't happening and so she retaliated. I went into the office to pick up the paperwork we had requested and spoke with Kathy Rutter. She was on the phone preparing for some fire drill that was going on. I told her why I was there and she told me she had already faxed the paperwork over to the school. Maybe she didn't get our email, but I went on to tell her which paperwork I was there for, not the school

Case 3:19-cv-00073-KAC-DCP   Document 17   Filed 12/13/19   Page 4 of 109   PageID #: 89

transcripts. I told her I only had a few minutes to wait. I said hello to Mr. Claxton who walked into the office in the meantime. I was in the office for 3-4 minutes and at 1:45, I had to leave to get to work on time and I told Kathy that. She said that she could get the copies for me but it would take a couple more minutes. I told her that I didn't have a couple more minutes and that I had to go to work. I told her that if she could make the copies, I could come in the morning to pick them up. I walked out of the office to leave and Mrs. Kelly was standing near the exit doors, maybe just 2-3 feet away. I had to walk past her to leave. She started talking to me again, saying the same thing she said when I walked into the office. "I'm gonna continue being me. I turned towards her and told her that she has "shown her true colors in this whole situation." She then told me that we had "shown our true colors too, and that we should return the laptop." I told her that we paid to replace the laptop and she said, "yeah, so you can keep it now." I told her, "don't worry, we will be talking to Mr. Davis regarding the whole situation." And she said that was fine and kept saying something else, I turned to leave because I was going to be late for work.

[Quoted text hidden]

Exh 5 p 3 of 3

Print  |  Close Window

**Subject:** **Acess to the Andrew Johnson Building**
**From:** RUSS OAKS <russ.oaks@knoxschools.org>
**Date:** Mon, Mar 31, 2014 2:32 pm
**To:** "sjohnson@wapcr.org" <sjohnson@wapcr.org>

Mr. Johnson:

I have had the opportunity to review the access restriction to the Andrew Johnson Building per our discussion.

The Public Building Authority manages security for the Andrew Johnson Building, and the PBA maintains a list of a few individuals who for one reason or another have been identified as needing an escort to visit offices in the building.  Your name was on that list. The list does not indicate the source of the information, and I have been otherwise unable to determine who placed your name on this list.

As I indicated in our discussion, I am aware of no reason to require you to have an escort, and I have asked to have you removed from this list.

R/ Russ Oaks


Russ Oaks
Chief of Staff
Knox County Schools
865-594-1621

Copyright © 2003-2014. All rights reserved.

# KNOX COUNTY SCHOOLS

ANDREW JOHNSON BUILDING
*Dr. James P. McIntyre Jr., Superintendent*



May 29, 2014


**VIA ELECTRONIC MAIL**


Mr. Sharlés Johnson

Dear Mr. Johnson,

The Knox County Schools Public Affairs Office has received your open records request via email dated May 10, 2014 requesting all information regarding a "Johnson file."

After reviewing the request in conjunction with the Knox County Law Department, Tennessee Code Annotated has deemed this request confidential and not open to public inspection per T.C.A. § 10-7-504(p).

Should you have additional questions, please contact the Knox County Schools Public Affairs Office at (865) 594-1905.


Sincerely,

Melissa Ogden
Director, Public Affairs

cc: David Sanders, Knox County Law Department
     Russ Oaks, Knox County Schools

Exh. 7

 Gmail

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

## Fist bump,flash light and my son

4 messages

**Sharlés** <sharlesjohnson8@gmail.com>            Tue, Aug 19, 2014 at 12:17 AM
To: RUSS OAKS <russ.oaks@knoxschools.org>, gus.padious@knoxschools.org
Cc: Rebekiah Johnson <rebekiah.johnson@gmail.com>

Mr. Padious,Mr Oakes

Monday, August 11, 2014

I went to drop off my son at school. While I was in there saying hello to the front office staff and one of the schools
workers which was good to see all of them.
We love the genuineness, humility, and relating with us from the two front office secretaries and the other
schoolworker whom approached me and said hello and how are things going.
We always shoot the breeze with people we've known for a few years and we will know for many more years as our
children attend WestValley middle school Knoxville Tennessee.

Ofc. Faircloth had asked me "what is my sons name." I was a bit taken back because we really don't talk about
anything. So it seems sort of odd and out of place. Maybe he spoke because I was speaking to all the staff that was
around.
He told me that he is saw my son walking with me in the hallway on Friday which was the sixth-grade orientation today.
He didn't speak  then.
He told me how he knew my daughter was at the high school this year.
I had a few thoughts and impressions about why he asked me specifically about my son,but I didn't ask in front of
everyone that was in there.
So after I said goodbye to the staff. I walked out of the office and then I came back in and I said "can I speak to you for
moment " and I asked him why did he ask me my son was. He told me that he saw me my son and my wife walking in the
hallway.
We walked past him three times . My wife and I noticed he didnt speak to us.

Anyways this was the longest that I've ever spoken with him.
While speaking a Knox county sheriff came into te building she was telling us about the trip that she took to Germany. We
compared notes from both of us being overseas and the differences and again I was speaking with my public servant.

I could tell that after a few moments that Ofc. Faircloth was getting a little impatient because his countenance and his
speech pattern changed. It appeared to me that he didn't like it that OUR sheriff  was actually relating with me laughing
talking and comparing notes with me about life ,you know as they work on building public trust. She did not carry his own
false prejudice cultural perceptions that he has. Which I believe falls into the "Johnson file" and "connecting the dots".
Asking us the name of our son sounds sort of fishy to us, wondering if it is going to be used to continue to "connect the
dots "which to me, it's profiling stereotyping and watching my middle child son.

It was good to meet someone would also been overseas and to compare notes because it makes our world a little bigger
and you really don't have time for small minded people and their perceptions about culture race and language etc.

He told her that he wanted her to come look at some type of folder or something. To be quite honest I don't think she
knew he was talking about. By her expression. She continued to relate with me, and we both have things to do but hey it
was the first half day of school. Ofc. faircloth then stood there and held the door, like I was to leave. I just let him hold it. I
think he was trying to give a hint. Why don't you look at the video, because as ususal we the parents of 6 children have
time for GROWN children right?!?
And standing there I caught a glimpse of a reflection of something it was a Flashlight.
It  was Ofc. Faircloth signaling the County sheriff as though she couldn't stand there and talk to a parent.  Get out of here!
It appears you've  not corrected the arrogance.

1. I find it suspect when Ofc. Faircloth asking about who my son is and what his name is.  Is this to "profile" or expect one
of the Johnson children to act up or is this to keep an eye on my son?
Statement: We have good children they know how to act behave in school and the public. We hear it everywhere we

Case 3:19-cv-00179-KAC-DCP   Document 49-7   Filed 12/13/19   Page 51 of 109
PageID #: 93

go in the Knoxville community and in the nation. We never had a problem until Adam Parker about interaction with my son who was six or seven at that time. We understand the cultural/parental problems at Knoxville school administration has with Mr. Johnson and somehow they believe that same cultural stereotype must be happening within our children but you would think that after all this time they would act up as they still believe father "would at any moment" which is still been disproven.

2. there was no problem with my servants speaking to me,we are supposed to somewhat get to know each other that's how they continue to build public trust and then also she didn't have the hangups of gossip or attitudes that Ofc. Faircloth and one person in administration and west Valley struggles with.
Every last one of you work for us parents. I hope that Faircloth did not speak to the sheriff and try to pass on his prejudice infectious attitude that he has towards Mr. Johnson and family
It's like knoxcounty security doesn't get.
I would expect some type of response from you. But you guys have fail to meet many of our expectations or honestly what we pay you do. You are there to protect our children ,you are there to do what I would do if the emergency situation what arrives. When you relate with a parent you will continue to prove your self and show us that our children are safe with you. You are to relate to a parent as though we are the chief of security ,superintendent and human resources.
This culture of disdain towards parents, is prevalent within Knoxcounty schools and the security department. If they want to work with criminal change jobs or go back to Anderson county.
    And as we have written before we discovered this disdain of prejudice in another form when we were only here for the first 10 days from Illinois. And my question was back then was ifyou treat people like this who just moved here imagine what they are doing the parents of been here for a long time. And out of that conversation and interaction (correction )with me is how we first met  Pinkston  and  your former chief of security.
   Pinkston  didn't know how to handle a conversation in which he was corrected or taught. And I see that those feelings of his arrogance got deflated and through having to correct west valley and how they relate to us or any parent still is prevalent.
A few days later I introduced my son to him and then I explained to my son that officer Faircloth is here to protect him in the way that  would and then some when I am not around. Weird thing is my son wouldn't even look at him which is not like him. Ofc. Faircloth thanked me for introducing my son to him but it was really to check officer Faircloth so he understood the reasons why he is around my son. And when we were leaving officer Faircloth put his fist out to my son ,my son looked Adam, then he fist bumped my son. Personally I find that impersonal and so rude.I understand some people are doing that but we taught our kids to shake hands. My son will correct it when he tries that fist bumping .Fist bumping eliminates the human contact in relationship so we're not a part of that

    Maybe I am wrong about the reasons why he asked about my son. Maybe I'm wrong about putting his name in the Johnson file or so he can keep an eye on my son. But now that I got two children and my two oldest sons at that school. I highly suggest that you have this officer not start this hobby with my next son or infect another Johnson child with the sheer stupidity arrogance and disdain towards parents and their children.
I will do whatever is appropriate within the channels that are often blocked with the Knox County schools but will follow through whatever other things appropriate to make sure that our educational process and environment for our children is conducive to what we believe and his disdain towards parents have been properly addressed and put out there publicly.
"conecting the dots of disdain"
Respond accordingly,
Sincerely
 Sharles Johnson

--
Mr. and Mrs. Sharlés Johnson
"The hand that rocks the cradle rules the world"

Statement of Confidentiality

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any

--
Sent from Mob

**Sharlés** <sharlesjohnson8@gmail.com>                        Tue, Aug 19, 2014 at 9:18 AM
To: gus.paidousis@knoxschools.org
Bcc: Rebekiah Johnson <rebekiah.johnson@gmail.com>

> From: **Sharlés** <sharlesjohnson8@gmail.com>
> To: RUSS OAKS <russ.oaks@knoxschools.org>, <gus.padious@knoxschools.org>
> Cc: Rebekiah Johnson <rebekiah.johnson@gmail.com>
> Date: Tue, 19 Aug 2014 00:17:51 -0400
> Subject: Fist bump,flash light and my son
>
>
> Mr. Paidousis,Mr Oakes
>
>               Monday, August 11, 2014
>
>
> I went to drop off my son at school. While I was in there saying hello to the front office staff and one of the schools
> workers which was good to see all of them.
> We love the genuineness, humility, and relating with us from the two front office secretaries and the other school
> worker whom approached me and said hello and how are things going.
> We always shoot the breeze with people we've known for a few years and we will know for many more years as our
> children attend West Valley middle school Knoxville Tennessee.
> [Quoted text hidden]
>
>
> --
> Sent from Mob
>
>
> [Quoted text hidden]

---

**GUS PAIDOUSIS** <gus.paidousis@knoxschools.org>                Wed, Aug 20, 2014 at 12:29 PM
To: Sharlés <sharlesjohnson8@gmail.com>
Cc: RUSS OAKS <russ.oaks@knoxschools.org>

> Mr Johnson , thank you for your email . We encourage our officers to develop appropriate and healthy relationships with
> our students and their parents . I have spoken with officer Faircloth and feel that his actions were clearly intended to
> further these positive  relationships  . Thanks again for you email and I hope you and your family have a great school year
> .
>
> Sent from my iPhone
> [Quoted text hidden]

---

**Sharlés** <sharlesjohnson8@gmail.com>                          Fri, Oct 24, 2014 at 3:18 PM
To: GUS PAIDOUSIS <gus.paidousis@knoxschools.org>
Cc: RUSS OAKS <russ.oaks@knoxschools.org>

> Thank you
> Mr.P for responding. And you can patronize someone else but it would have came across better if you would have said
> there is an understanding that now we better start doing things to foster "healthy relationships" because we have basically
> dug a hole with this multicultural family and we don't know how to get out of it.
> We understand and experienced before moving to this state a different level of respect and people knowing their place
> and position.  We are glad that beginning this year this is now(finally) what you encourage.
>    Your response was what we'd expect. It's to protect the Brotherhood or sisterhood and put up a united front but  behind
> closed doors its corrected that's why exposure of a pattern of relating is necessary.
>    Question: Is this new "environment change" for this year  going forward. Because for the last few years its been an epic
> failure.
> So opening the door was? Positive by flashing the light ? Fist bumping is not fostering relationship and my sons knows
> hand shakes are how we relate.
> We will expect our employees to correct our other employees. Since this did not happen,   if we see,hear or experience
> the ethics or behaviors again. We the employers will contact our employees.

Case 3:19-cv-00236 Document 1 Filed 12/13/19   Page 53 of 109
PageID #: 95

Exh 9  p 1 of 2

https://mail.google.com/mail/u/1?ik=61e150f648&view=pt&search=all&permthid=thread-f%3A1476837372246672512&simpl=msg-f%3A1476837372...   3/4

We had made a deep resolve this year to make sure we are not raising other people's adult children because we have our own. We have other things in life to deal with and this Knox County school security issue has dragged on long enough.

This year will be better because we have set an high and rigirous standard and our expectations are clear.

Now to the board?

Mr. Johnson

[Quoted text hidden]

Exh 9 p 2of2

KNOX COUNTY SCHOOLS
ANDREW JOHNSON BUILDING

*Dr. James P. McIntyre Jr., Superintendent*



December 8, 2014

Mr. and Mrs. Sharles Johnson
10005 Hempshire Drive
Knoxville, TN 37922

Dear Mr. and Mrs. Johnson:

Thank you for meeting with me on November 25th to discuss your concerns regarding the Knox County Schools. I appreciate that the focus of our dialogue was about how to ensure mutually respectful and productive two-way communication between the Knox County Schools and your family.

As a follow up to our conversation and the concerns you have expressed, I have instructed Chief Gus Paidousis of our School Security Department to destroy the so-called "Johnson File." He has since confirmed that the contents of this School Security Department file have been shredded.

I look forward to our many more years of collaboration as we seek to provide your children with an outstanding education in the Knox County Schools.

Sincerely,

Dr. James P. McIntyre, Jr.
Superintendent

 Gmail

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

# Questions and observations

**Sharlés** <sharlesjohnson8@gmail.com>                            Wed, Apr 29, 2015 at 1:43 AM
To: Karen Carson <carson4kids@gmail.com>, lynne.fugate@knoxschools.org
Bcc: mmcmillan.kcboard@gmail.com, amber.rountree@knoxschools.org

Over the last couple years we have emailed Karen Carson, last year sometime we met with Lynne Fugate we are waiting for the next meeting. In November 2014 we met with Jim McIntyre and supervisors. We ask just to meet with the superintendent but I guess someone can decide what goes on and waste our time.
Its was a very interesting meeting, Smoke screen and mirrors. We saw where the attitude trickle down from.
We don't think that you understand it shouldnt take 4 years to get to Jim we don't think that you understand or care to understand about this alleged or supposed grievance process and how it needs to change. We have asked everybody to tell us where is it at. We have spoken with an outside agency about that and other issues.
I will say only being in the state for 10 days we experienced prejudice stereotypes and arrogance. Being from Illinois people just don't say or do things and think people are just OK with.
When we start experiencing things. I told Father in Heaven if they treat parents like this,who just got here, I wonder how do they treat them who always been here.
I do believe that local government and the school system takes advantage of the non involvement or parents busyness when it comes to voting,policies and procedures. The balanced calender lie will be apart of that too. Knox county schools and Jim McIntire act like a newly married person and just can't slow down and get things done right before they ready to do something else. This desperate need approving things are not how they used to be is sickening. I mean enjoy the success Master what you got now stop thinking that you can roll in the rain over families parents and children and then justified with educational jargon.
We always joke with people but we are truthful what you don't understand is that my wife and I have proverbial middle children. Very patient people we wait people out, and with having 7 children, Knox county schools will know me for a total of 23 years. We have 4 under our belt now. As we told Jim and supervisors "I will be at all of y'all retirement" I am Knox county schools I have children in high school middle school and elementary and two more coming.

So my question to you to his where's the grievance process? why is this process so slow? Where is it posted?? Why is the school system set up to frustrate. Hoping that apparently parents give up. I've even heard "oh that was last year" or "a year ago" or "6 months ago" or "that was last school year" What is going on the either ignore or don't want to deal with the situation especially when they're being called out on something. Now that you know the mindset what are you going to do? My family and I were there in May,it's been almost a year. When I come here again I will make sure everybody has a packet. We have eliminated "he said she said" our children score nearly perfect on tcaps and our fourth grade almost scores at a 7th grade level. Where do you think they get it from? Its called their parents and I'll leave you with this we heard from Renee Kelly that since "we were from Chicago our kids wouldn't do good in school down" We laughed at first we were caught off guard, that a principal would say that to a parent.We said " so you think a southern school is better than a northern school" Our daughter felt like 5th grade here was a review of 4th grade. We were worried about losing what we've put in our children and their education. No matter how much McIntyre promotes quality education,we will be the judge of that.
This is our educational process for our children. KCS IS NOT APART OF THE "OUR",no parent we've met believes kcs version of "our",its their children
Sincerely and with a deep resolve,
Sharles Johnson
Sharles Johnson

5|13|2015

 Gmail

Sharlës Johnson <sharlesjohnson8@gmail.com>

## Knox County schools
1 message

**Sharlés** <sharlesjohnson8@gmail.com>
To: phyllis.kane@ed.gov

Mon, Oct 1, 2018 at 7:57 AM

*Where are you at? I have more information.*
Mr. Johnson

On Mon, Aug 7, 2017, 12:25 PM Sharlés <sharlesjohnson8@gmail.com> wrote:
They've never responsed.

––––––– Forwarded message –––––––
From: Sharlés <sharlesjohnson8@gmail.com>
Date: Wed, May 13, 2015 at 7:01 AM
Subject: Parent trust
To: <mmcmillan.kcboard@gmail.com>
CC: <kay.good@knoxschools.org>, Karen Carson <carson4kids@gmail.com>


Mr. Mcmillan,
We have asked for awhile to sit down with Gus Padious, Mr. Faircloth,Mr. Pinkston and Mr. Oaks concerning pinkston,Adam Parker(who knows me well)addressingprejudices,perceptions,Mr. Faircloth and his interactions with our children.
We understand he's been moved to Bearden high school but yet his attitude hasnt been addressed. Assistant principal said we'd all sit down.

Two of my  children will be at bearden high next year and my oldest son will addressing him, if  he speaks to him like he did his younger brother.
After I was very clear not to profile my son after he told me he knew where my other two kids were and he asked me who my other son was, he didn't know that I knew about the email he wrote concerning "the Johnson file" and him "connecting the dots preparing for next action steps" with Mr.Pinkston.
This is what kcs does, things are ignored and then hear that was last year or 6 months ago or we moved him/ her or  so where's this grievance process?
We request a meeting with all named. Unless parents have become the employees?
Police officers have to work on public trust, security guards/officers will work on parent trust, they are to protect our children, when they are not within eyesight or our hearing.

Mr. Johnson

--
Mr. and Mrs. Sharlés Johnson
"The hand that rocks the cradle rules the world"

<u>Statement of Confidentiality</u>

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any

Exh 12 p 1 o 2

 Gmail

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

# Get a meeting set
2 messages

**Sharlés** <sharlesjohnson8@gmail.com>                    Wed, May 13, 2015 at 8:32 AM
To: Karen Carson <carson4kids@gmail.com>
Cc: lynne.fugate@knoxschools.org

Hello,
We have asked for awhile to sit down with Gus Padious, Mr. Faircloth(resource guard),Mr. Pinkston and Adam
Parker(who knows me?)To address prejudices,perceptions,Mr. Faircloth and his interactions with our family.
We understand he's been moved to Bearden high school but yet his attitude hasnt been addressed. The assistant
principal at west valley said we'd all sit down.

Two of my children will be at bearden high next year and my oldest son will addressing him, if he speaks to him like he
did his younger brother.
Prior to that I was very clear for him not to profile my son after he told me he knew where my other two kids were and he
asked me who my other son (new student)was.
Faircloth didn't know that I knew about the email he wrote concerning "the Johnson file" and him "connecting the dots
preparing for next action steps" in dealing with Mr. Johnson" email with Mr.Pinkston and Mr. Padious.

This is what kcs does, things are ignored then hear "last year" or "6 months ago"or we moved him/ her or "moving
forward" so where's this grievance process?
We request a meeting with all named. Unless parents have become the employees?

Police officers have to work on public trust, security guards/officers will work on parent trust, they are to protect our
children, when they are not within eyesight or our hearing.

Mr. Johnson

---

**Sharlés** <sharlesjohnson8@gmail.com>                    Tue, Jul 18, 2017 at 11:52 PM
To: Sharlës Johnson <mytribeofjohnsons@gmail.com>

The history with Knox County schools security. This should show their mindset
[Quoted text hidden]
--
Mr. and Mrs. Sharlés Johnson
"The hand that rocks the cradle rules the world"

<u>Statement of Confidentiality</u>


The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The
information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the
intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this
transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-
mail or phone and **delete** this message and its attachments, if any

 **Gmail**

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

## Mr. Knight

**Sharlés** <sharlesjohnson8@gmail.com>
To: brandon.pratt@knoxschools.org

Wed, Aug 5, 2015 at 8:18 PM

Mr. Pratt
What happened with the Northshore Knight. Last I heard from Mrs Davis it was on its way from China. Who was the Knight? That was a slap in the face. Whoever it was wasnt very engaging with me. The Knight is not a pta thing by the way. It was a dads on behalf of Dadss
I could have sworn I was very much a part of actually picking that particular costume the coloring and the design.
Even though I probably wouldnt have done tmit tonight because I'm there for my children. I would have appreciated being kept in the loop unless somehow things have changed but I am known for being "Mr Knight".
Also find some time for me I will need about a half an hour so that way I can get things on the schedule for the dance of Northshore, I will be there for the 30-year helping out the kindergarteners when I can and then also reading as usual.
Mr. Johnson

Exh 13

 Gmail

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

## Oh Pratt

**Sharlés** <sharlesjohnson8@gmail.com>          Fri, Aug 28, 2015 at 3:13 PM
To: brandon.pratt@knoxschools.org, CLIFFORD DAVIS <clifford.davis@knoxschools.org>
Cc: Lita <Rebekiah.Johnson@gmail.com>, amanda.cunningham@knoxschools.org

Let me get something straight. It appears that you think that we moved in the summer and we did not notified school. We notify nse secretaries of email telephone changes it's called relationships in our community . I hear you "heard from staff that we were talking about moving in the summer". My wife said "we told him that in the summer", we told him jokingly if Mrs. Davis leaves we leave.. "
I take it.... better the way that I perceive it is, you think you found out we moved in the summer. I believe you called it "verification". I believe our attorney Mr. Dunn could clarify move in and move out dates. We you are wrong.
We just found out a door opened.Everything was quick. We just started moving packing and storing. NSE family have heard about this process since february march?
I would've had a secretary notify us. A social worker. I use to investigate them. BTW
I thought we handed in those updates of address. At that time there is nothing to update. Let me repeat that for you there was "nothing to updatev.
So No Pratt we didnt move in the summer.
Did you go verify with everybody ? Are you still struggling with strong male leadership ?
Sorry. Gossip is never correct. You will come to understand and work within the confines of relationships.
You are trying to administrate relationships that we have with people.
You need to find a "hobby". What you have done is basically have me reciprocate the investment then you are putting into this relationship with me that would be my time and focus.
So when one contract ends and another ends. NSE secretaries will notified. I mean dang we are still moving stuff out. Matter of fact as of last night. The latest bill is attached. Hmm its accurate for right now? We wont get another will bring in agreement.
This would've been received different if you werent doing little things trying to remove or define strong Godly male presence surround that school. Unless the fit peoples insecurities.
I told social work on the phone "you call me not a conference call" I've never had a problem with a principal calling me and it won't start now. In other words an employer has given an employee in expectation.


Mr. Sharlés Johnson
  Waking up to the war in the heavenlies.




**20150827_084055.jpg**
4053K

Mr. Johnson,


Thank you for confirming that your family has moved.  Your children will be able to remain at Northshore as long as you are able to provide current documentation (KUB and/or lease agreement) that you are still in our school zone.  However, if you have moved out of our zone, you will need to enroll at your zoned school on Monday, August 31st.



Thank you,



Brandon Pratt, Principal
Northshore Elementary School

---

**From:** Sharlés <sharlesjohnson8@gmail.com>
**Sent:** Friday, August 28, 2015 3:13 PM
**To:** BRANDON PRATT; CLIFFORD DAVIS
**Cc:** Lita; AMANDA CUNNINGHAM
**Subject:** Oh Pratt

[Quoted text hidden]

---

**Sharlés** <sharlesjohnson8@gmail.com>                                Fri, Aug 28, 2015 at 4:45 PM
To: BRANDON PRATT <brandon.pratt@knoxschools.org>
Cc: AMANDA CUNNINGHAM <amanda.cunningham@knoxschools.org>, BROOKE DONOHOE
<brooke.donohoe@knoxschools.org>, Lita <Rebekiah.Johnson@gmail.com>, CLIFFORD DAVIS
<clifford.davis@knoxschools.org>

Wait. I thought you had confirmation per donahue that we moved in the summer. We are "moving" and when lease is signed. The school shall receive it. Anything else?
Mr. Johnson

[Quoted text hidden]

---

**Sharlés** <sharlesjohnson8@gmail.com>                                Sat, Apr 30, 2016 at 6:17 PM
To: Lita <Rebekiah.Johnson@gmail.com>
Cc: Super Dad <sharlesjohnson8@gmail.com>, Super Man <sharlesjohnson8@gmail.com>, mytribeofjohnsons@gmail.com

Here are the phrases " strong male leadership" and correcting this verification
---------- Forwarded message ----------
From: **Sharlés** <sharlesjohnson8@gmail.com>
Date: Fri, Aug 28, 2015 at 4:45 PM
Subject: Re: Oh Pratt
To: BRANDON PRATT <brandon.pratt@knoxschools.org>
Cc: AMANDA CUNNINGHAM <amanda.cunningham@knoxschools.org>, BROOKE DONOHOE
<brooke.donohoe@knoxschools.org>, Lita <Rebekiah.Johnson@gmail.com>, CLIFFORD DAVIS
<clifford.davis@knoxschools.org>


Wait. I thought you had confirmation per donahue that we moved in the summer. We are "moving" and when lease is signed. The school shall receive it. Anything else?

 **Gmail**                       **Sharlës Johnson <sharlesjohnson8@gmail.com>**

## Prat issues about coupon books

**Sharlés <sharlesjohnson8@gmail.com>**            Thu, Dec 12, 2019 at 7:18 PM
To: MW6Family <sharlesjohnson@gmail.com>, MW6Family <sharlesjohnson8@gmail.com>, Lita <Rebekiah.Johnson@gmail.com>

More of a pattern.

On Mon, May 2, 2016, 10:40 AM Sharlés <sharlesjohnson8@gmail.com> wrote:
Pratt didn't want to give them to me. I called Central office or emailed and it was done like that. He was covering up his attitude. why he couldn't tell me before?!?
———— Forwarded message ————
From: **Sharlés** <sharlesjohnson8@gmail.com>
Date: Sun, May 1, 2016 at 10:57 PM
Subject: Re: Checking In
To: Super Dad <sharlesjohnson8@gmail.com>

I couldn't get the counts for the coupon books. I called central office and it was done. Mr. Pratt didn't want to give the numbers sold for the prior years. Then sent this email to cover that mess up.

Fri, Sep 4, 2015 at 4:16 PM

Mr. Johnson,

I just wanted to make sure you received the numbers you needed from Ms. Witt.  These are the numbers we have on file:

2013 – 2014  Top – 120    Second – 107

2014 – 2015  Top – 135    Second – 87

Also, as I reflected on our conversation earlier today, please provide the school with the proof of residence in order for us to confirm and verify residency within the Northshore school zone.  You are welcome to copy Dr. Davis with this information as well, but it is the school's responsibility to acquire this documentation.   Thank you.

Brandon Pratt, Principal
Northshore Elementary School

MY RESPONSE WAS:

On Sun, Sep 6, 2015 at 4:01 PM, Sharlés <sharlesjohnson8@gmail.com> wrote:
Hello,
No need to "check in". It was to talk crap and administer arrogance that will continually get checked. It was not to make sure "I received" anything.
I contacted Ms. Witt she sent information and the cc'd Mr. Davis and Mr. Oaks. Your conversation was done.
As it was done in the 2 yrs prior,the book keeper could've done the same thing. Misinformation or assumptions again seems to be a track record.
Its interesting how the top sellers for 2 yrs are treated. We will be vocal in our community when asked.
You sent this as a way to remind about information and then to tell me who to cc. As though you are "untouchable".

We asked Mr. Davis to receive verification,because of the issues,gossip(men don't generally do),understanding we had and it again shows you your position and place.

Mr. Sharlés Johnson
 Waking up to the war in the heavenlies.


On Sep 4, 2015 4:16 PM, "BRANDON PRATT" <brandon.pratt@knoxschools.org> wrote:
 Mr. Johnson,

 I just wanted to make sure you received the numbers you needed from Ms. Witt.  These are the numbers we have on file:
 2013 - 2014   Top - 120    Second - 107

 2014 – 2015   Top - 135    Second - 87


 Also, as I reflected on our conversation earlier today, please provide the school with the proof of residence in order for us to confirm and verify residency within the Northshore school zone.  You are welcome to copy Dr. Davis with this information as well, but it is the school's responsibility to acquire this documentation.   Thank you.


 Brandon Pratt, Principal
 Northshore Elementary School

Mr. and Mrs. Sharlés Johnson
"The hand that rocks the cradle rules the world"

<u>Statement of Confidentiality</u>


The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any

**From:** Sharlés <sharlesjohnson8@gmail.com>
**Sent:** Sunday, September 6, 2015 4:02 PM
**To:** BRANDON PRATT <brandon.pratt@knoxschools.org>
**Cc:** Lita <Rebekiah.Johnson@gmail.com>
**Subject:** Re: Checking In

Hello,
No need to "check in". It was to talk crap and administer arrogance that will continually get checked. It was not to make sure "I received" anything.
I contacted Ms. Witt she sent information and the cc'd Mr. Davis and Mr. Oaks. Your conversation was done.
As it was done in the 2 yrs prior book keeper couldve done the same thing. Mis information or assumptions again seems to be a track record.
Its interesting how top sellers for 2 yrs are treated. We vocal in our community when asked.
You sent this as a way to remind about information and then to tell me who to cc. As though you are "untouchable".
We asked Mr. Davis to receive verification,because of issues,gossip(men dont generally do),understanding we all had and it again shows you your position and place.

Mr. Sharlés Johnson
 Waking up to the war in the heavenlies.

# JOSHUA FLORY

| | |
|---|---|
| **From:** | Sharlés Johnson <sharlesjohnson@gmail.com> |
| **Sent:** | Wednesday, October 14, 2015 10:23 AM |
| **To:** | KAY GOOD |
| **Cc:** | CLIFFORD DAVIS; Rebekiah Johnson; Sharlës Johnson |
| **Subject:** | Pratt Complaint |

Oct14th 2015

Please give this to Mr. McIntyre,
Personal: I live with nerve pain and my hands and fingers are on fire. Chronic pain chronic tiredness BUT Dad or father boundaries always has the energy. Typing is a chore and painful. We have made household changes as we see fit. We are in the process of getting a household that will accommodate all of us. Moving and storing is long and drawn out. Right now we've made temporary adjustments for both houses.
We are in the process of a Youtube channel and a reality show. Our kids have started their own kids,one wants to be known as Lil madame president as Disney has a young male called "kid president." These extra issues and taking critical time away from these next steps.
Please read this is in entirety, thank you for your time.
**865 640 5459**
Mr. Sharles Johnson


Hello Mr. McIntyre-

I wanted to bring to your attention some situations that our family has encountered since the school year began. I will not be going through a long winded process with Knox County Schools to only hear "that was last year" or "moving forward".
Sometime after leaving Northshore Elementary on Monday August 10th (the first half day of school) after speaking with Tracy Horton I received a Facebook message from Mike Dunaway (officer Dunaway's dad) when I was coming out of First Tennessee. This message stated to me that "Northshore Elementary leadership" told him I had started a GoFundMe account for the family but that I had done it under a fake name. He accused me of trying to scam people out of their money and profit from his son's death. I understand a father grieving and that his emotions would be everywhere dealing with the loss. But still, this appeared off base as though he had some underlying issues, perceptions or "heard" things. And again, he said "Northshore leadership" had told him this about me. The accusations were not only an insult to my character but disrespectful towards the relationship that I had with Officer Dunaway. My wife and I cared about them and even visited Lori in the hospital. If Mrs. Davis had been around when this happened, she would have addressed and stopped this evil speech from within her school and she would not have been the "leadership" speaking this.(Is this a pattern from him?) NSE leadership's intentions may have been good with approving the person who DID set up the GoFundMe page but they should know the family first or at least clarify it with them before approving something in the family's name. This new principal needs to know this.

My expectation is that you would personally check into this and let the school know that these behaviors, this slander, gossip, and libelous speech is not the way they're supposed to be acting and advise the new leadership that there are some adjustments that they need to make.

I would ask for your leadership to intervene and it NOT be Julie Thompson. We vividly remember her dealings with Adam Parker and recently keeping "issues" in house. There is no trust in her objective capability.

I also ask that you find out who put this false information in Mike Dunaway's head. Please ask the front office staff, principals, Pinkston (he was there) or the new resource officer. The "shredding" of the file you had them do last year did not change prejudices. I thought school security had an understanding after our talks last year. Whoever did this needs to be written up and take this as a formal complaint. This family did not need this nor did mine. I told Mike Dunaway "Ask Lori". We saw her again and she knew that I would have asked FIRST before just going to start a fund for them.

Mike Dunaway appears to be prejudice and racist as shown by his comments and actions, yet he is employed by KCS. He needs some type of cultural class. At Northshore we are growing in diversity and culture. These type of people need to understand that in "KCS"and the NSE

family, these types of things will be addressed, corrected and will have action steps. It seems that he is passing his poison of perception around and masking his true intentions/feelings. Certain resource officers started acting different, Lori un-friended my wife from FB and won't return her calls or texts. This was all after Mike Dunaway was rebuked. We believe he is passing on this poison- not only to Lori but others as well. All people who "friended" me after the funeral and who were moved by the words I shared about Keith, have since UN-FRIENDED ME. Evil didn't like what I said. Mike didn't even bother speaking to me even though I tried to honor his last name. The only minority was on Keith's mother's side. Mike Dunaway struggled with me speaking in front of everyone. I know they had a strained relationship. But is he that jealous? He thought I was trying to be "part of this family" but being a Christian we are commanded to love.

Officer Dunaway and I talked about everything. We both were very observant. We are devastated. I'm broken over his death and these false accusations have just made it that much worse.

Just some background info...

- When we met with you Nov 25th 2014 we didn't get much feed back. Besides the fact that you had the "the johnson file" that was created by security shredded.
- You asked about me being a part of a committee (DAC). You extended and informed me of the opportunity. I told you that I already was participating. I told you about my interactions with staff, students, and Principal Davis. You were informed that I read to the kids, and Mrs Davis asked me to read in the cafeteria. I was also asked about DAC from her because she said "You came to mind".
- I am the voice of "The Northshore Knight". Last school year Mrs. Davis interviewed the "Easter Bunny." I asked a few teachers to have their kids come up with questions for him. Mrs. Davis told me about kids looking for "him" in the hallway. We both did announcements. Sometimes Mr. Knight or Mr. Johnson would call her "Queen" Davis.
- I worked on The Northshore Knight costume. I brought up the need for the costume and the "allure" of him. I'm still working on the school song.
- I mentioned about The Dads of Northshore. I was to do this: many people asked and also thanked me for starting the group. We want what is specific for the families at Northshore- and not the programs that have the "Dads are all failures" stereotype. We are all in this journey, "lets walk this together" is what I would tell them. I paid for forms of interest to get handed out in boxes last year- that never happened though I had the okay from Mrs. Davis. I used to have a mailbox for the group. Mrs. Davis let teachers teach and respected their craft and allowed gifted parents in the school. She was the epitome of community under a servant leader. I find it odd that Dads and parents are told,to be "involved/engaged" or in policy to "advocate" for their children.There needs to be a policy about active listening.
- when I told you about everything that I did at Northshore, you smiled and laughed about it. I could see that you thought it was cool.
- Before deciding on the new principal, we were asked about qualities we wanted to see in the "new principal". I was clear during the session about not getting someone with a "Napoleon complex". We walked through that with Adam Parker. By the way we are still waiting to meet with him.

Brandon Pratt complaints:
This summer we met with Brandon Pratt. He told us that he doesn't change much when he comes into schools. We had an honest conversation. I met with him to give him an understanding of a visible male parent. I explained my beliefs, thoughts, parenting, and us with our children. I mentioned of my involvement at NSE.

This was a gift of relating that I took my time to do this with him. I don't and won't relate like that with everyone.

At the open house before school started, numerous parents saw me outside and said they saw the Northshore knight in costume and thought that it was me. I saw someone in the knight costume. I never heard that it had made it to the school. The last I heard it was on it's way from China. This person had an attitude and wouldn't even shake my hand. Made me wonder who had been speaking in that ear? Pratt wont tell me who it was. I have inclinations. Why shouldn't an employee respond to an employer? I am the one who decided the look and coloring of the costume with Mrs. Davis. I thought I would be involved with this costume/character but I was left completely in the dark after Mrs. Davis left the school in the hands of new leadership.

Mr. Pratt told me that "All pro dads" will be the group at Northshore. He KNEW of Dads of Northshore. He didnt bother telling me or even have the common courtesy to ask me to be a part of it or lead it. I mean wow. Then he had the nerve to email me "to bring my kids" to it. I'm not perfect, but please. I find it funny that this single man with no children tries to tell a father of seven, almost eight, about what a father needs to do in the school or what is best for dads and fathers in our community. As though he has any understanding of those challenges. Having 5 sons, I am able to pass on not only boundaries and beliefs but genetics and my Y chromosome.

Exh 10 p 2 of 5

It appears that we have been given an insecure Napoleon again.

On August 22nd or so I received a call. I called the number back. It was a social worker who said Mr. Pratt heard from a teacher that we were moving "in the summer" and wanted to make sure our information was "accurate". I have become "his hobby". We talked with staff and teachers all of the time about moving or remodeling because the size of our family had increased. Pratt doesn't seem to understand these relationships. He doesn't understand relationships that some parents have or the caliber of relationships we have with different people. We will know teachers LONG after principals come and go.

Who does Pratt think he is and why does he think that we are beneath him? Someone has inflated his head and KCS has not checked him. I believe all of this attitude and his actions are just because he had has his feelings hurt or doesn't agree with what I teach my children. He came to me from a place of insecurity and pride and tried to move a Father, Dad or Man of God out of the school environment.

Pratt says there will be "educational information" playing in the gym before school and if parents don't want children to watch it, they can bring a book. I asked to review the educational programming he would be playing and mentioned that regardless of whether kids are "watching" it, they will still hear it. I heard NOTHING from him. We want that done.

I've asked about participating in the DAC again and haven't heard anything. Is it possible to participate in DAC as a community leader?

Whats happening at nse is exactly what I have "advocated" not to happen. The doors are locked to keep PARENTS OUT now, there is a disdain towards parents and they are forgetting who works for whom.

I asked that an ongoing attitude be corrected with front office staff (Sherri James). These new changes in leadership and policy did nothing to curb it but is sustaining it instead. I understand new leadership but he came to "our house our family".

I will be an elementary school parent for a total of 18 years after the next child in born. (********Yes Mr. McIntyre we have another due around the same time as the last child********)

We expect/ask this to be addressed and that I would receive contact/letter from the superintendents office. If we meet regarding this, we will have one of our pastors attend and be part of anything concerning this particular type of issue when concerning race or cultural differences.

You brought us an administrative principal who doesn't know how to be a relational servant administrator. Maybe he's never had parents like us or me around in the school or he seems to not understand exactly what community is. Talking with some of the staff and parents, we all know about each other's life changes or personal things that go on. Some of us will know each other after principals and administration leaves. We understand what community really is, it's where we talk and get to know each other, understand each others strengths, weaknesses, problems, issues, shortcomings, our past, our upbringing and our best friends whether they are from the 40's or from the 1990s. Being a parent pillar of Northshore Elementary, knowing that we lost 2 other pillars of our community-1 retired and one was gone too soon... insecurity is now trying to remove another.

I understand which children do not have the influence of a father and dad by their interactions with me. I can tell which have little or no contact with minorities, have single parents or are raised by grandparents. With the many issues about race and culture our society encounters, an interacial couple is good for this next generation.

I find it highly offensive when a principal who has beliefs that ask for acceptance for differences decides to discriminate against me because of my beliefs (giftings) for my household. He is coming on the coat tails of civil rights.

For the last two years we have been working on the Northshore Dragon. Mr Knight (school mascot) and the dragon are supposed to have battles or interactions. I had bought a 32 inch ($100) dragon puppet and a 6 inch smaller puppet that would help me read stories in the classroom. Before Mrs. Davis retired, she had Mr. Whipple come to a meeting with me because she wanted to make sure things transitioned smoothly into next year regarding the things that I had been working on. Now that new leadership is here, that has not happened. I haven't been able to do any of the things that I did previously with Mrs. Davis.

We bought jackets and raffle prizes out of our own pocket for Dads of Northshore activities, thinking ahead in the summer. But now there is no Dads of Northshore. There are forms and flyers saying "not endorsed by KCS or Northshore Elementary" that we see around the building but Mr. Pratt has specifically told us that Dads of Northshore won't be happening because "it's not approved."

I've started the approval "school sponsored" process.

What he's doing is discriminatory and he's trying to hide behind "policy."

I can address the culture of disdain within KCS now that I am no longer welcome under smaller leadership. I believe that what Brandon Pratt is really mad about is that at the end of our 45 minute conversation this summer I asked my wife (In Swedish) to leave the room so I could speak one on one with him. I told Mr Pratt that I had heard from parents that he was a homosexual and I told them I have nothing against it.I told him "I will support you in educating our children, and I have your back." I also told him that the only time he was going to meet "Father" is if I read or hear about anything coming through curriculum concerning lgbt and I say its not okay for my kids and he says it's okay. When it comes to my children, they won't be taught that agenda through the school system. I don't know anything about other parents; that's between them and their children but for mine it's not OK whether it's 5th grade sex-ed or wellness or what has been subtly put in health and social studies books in 9th grade. Those conversations are reserved for the Johnson home. Socially I am Dad, and biblically I am the gate keeper or watchman on the wall.

I believe that he got his feelings hurt and everything that has happened since is in retaliation.

One would think since "we" are all in the same civil rights movement he would be the second to last person that would discriminate towards me or not accept my beliefs. That's been their struggle. I find that highly offensive. The atmosphere has changed at Northshore (and NOT for the better). Teachers don't speak in the hallway and I see their countenance is different and interactions have changed... it's trickling down from the principal. You could ask them what's been said but we all know principals can make it hard on a teachers and hide behind policy and evaluations so generally, no teachers are going to speak their feelings honestly about a principal if they aren't positive.

Finally, Our story to the community is that I had exercised our personal beliefs when it came to our children and that basically there is a tyrant leader and he doesn't understand relationships. It looks like this is the way Knox county schools has raised this man. It's seems this is part of the culture towards parents and he is the culmination of it. There has to be a male, racial or interracial piece to all of this discrimination with him. An interracial couple and children.are experiencing the same thing we did at A L Lotts. Whether it's in Kroger, Target, Publix or a park around town, we have decided it's time to start telling our story. These many types of prejudices we have encountered are needing to be exposed.

COUPONS books:
We came into the office the first day of coupon books and asked what were the highest number counts for the last 2 years . Mrs. Peggy Ford was "not available". It "seemed" a bit odd compared to previous interactions with her. I emailed her later. I received a response from her telling me that I needed to speak to Mr Pratt. This confirmed the oddness that I saw. She has always replied directly to any emails we have sent her. I spoke with Pratt and he told me we could not sign out books until he could "verify" if we were still within the school zone. We never said to anyone that we were signing out books- actually we didn't even want to sell this year. These were more of those assumptions or gossip that we are running into with this leader. And who told him in the first place then we have signed out books in the past (Sherri James?)... either way, it was gossip. We never said anything to anyone about signing out any books. So is this how you treat a family who sold 120 books the 1st year and 135 the next for that school? Mrs. Witt gave me the numbers I was looking for. Pratt "followed up" only to talk crap. (I've included that email) His voicemail said "his book keeper told him..." I explained to him what her name is,whose book keeper she really is and that that what he said sounds possessive".

DAILY WORD:

Mr. Pratt has been sharing a "daily word" and it's definition every day. Our children hadn't said anything about it until October 1st when his word was "prejudice". It "seemed" a bit odd compared to previous interactions with her. I emailed her later. Shentasia (our 5th grader) told me about it when she got home. She said that it was different than the other words he had been talking about that week. Something stuck out to her about it. I had asked her what the other words were and she told me some of them and they were things like being "honest". Our 5th grader is one of the highest ranking TCAP scorers in her class and has been in the GT program at Northshore. She tested at 7th grade levels. She is highly intelligent. So it was interesting to us that she would bring this word to our attention. I emailed Pratt to ask what his definition was and why he felt like that was an appropriate word for him to define and share on a school level. He has yet to respond.

On a side note, we have been wanting to meet with Pratt and the assistant principal's since the beginning of the school year. Pratt told us via email that he "WOULD NOT meet with us" UNTIL he saw proof that we were in the school zone for Northshore. I didn't know speaking to him had limitations and that not just anyone could meet with him.

Having a county social worker call us at his request to verify residency is that how you relate to a family or is it just to THIS family?Parents and the community are disgusted and upset. The first time looking for verification was not cc'd to supervisors. It was sent as an email. The 2nd time he cc'd supervisors with names and kcs letter head. Were both times accurate and following policy? Because of the focus and blatant attitudes, prejudices and discriminatory practices and the way KCS has confronted (or not confronted) principal's behavior in the past, we have filed with the OCR regarding his prejudice and discrimination against us and will follow up through other avenues.

Brandon Pratt needs to be addressed and properly corrected. There needs to be an appropraite documented avenue to confront these behaviors with him and other principals. If you need a parent or organization to head that up, let me know. I can sift through the complaints and address the parents who are completely off base and pass on the valid and accurate. This complaint/concern form dated in 96 is not accurate or show accountability. KCS and data should not be the only way a principal is held accountable.

Mr. Sharles Johnson and family.

Exh 18 p5of5

KNOX COUNTY SCHOOLS
ANDREW JOHNSON BUILDING

*Dr. James P. McIntyre Jr., Superintendent*

 October 14, 2015

Mr. Sharles' Johnson
10004 Hempshire Dr.
Knoxville, TN 37922-5624

Dear Mr. Johnson,

We are in receipt of the notarized statement you provided to the superintendent's office stating that you are staying with Gary Genna at 10004 Hempshire Drive, Knoxville for the next 90 days or until a permanent residence is in order. This address is within the Northshore Elementary School zone, and therefore your children may continue to attend Northshore at this time. Because a previous residence outside of the Northshore zone had been verified, it will be necessary for your new residence to be verified as well.

It is important going forward that you follow Knox County Schools Board Policy BK Civility Code when interacting with students, faculty, and administrators at Northshore Elementary School. It is our expectation that your interactions with Knox County Schools administrators and staff will be appropriate and that you will refrain from personal comments that could be considered derogatory in nature.

A copy of the Board Policy BK is attached for your convenience.

Regards,

*Julie E. Thompson*

Julie E. Thompson
Executive Director for Elementary Education

Cc    Dr. James McIntyre
       Brandon Pratt

P.O. Box 2188 • 912 South Gay Street • Knoxville, Tennessee 37901-2188 • Telephone (865) 594-1800



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS, REGION IV**

61 FORSYTH ST., SOUTHWEST, SUITE 19T10
ATLANTA, GA 30303-8927

REGION IV
ALABAMA
FLORIDA
GEORGIA
TENNESSEE

January 19, 2016

Mr. Sharles Johnson

Re: OCR Complaint #04-16-1119

Dear Mr. Johnson:

On November 24, 2015, the U.S. Department of Education (Department), Office for Civil Rights (OCR), received your complaint filed against Knox County Schools (District) on the bases of age, race, and retaliation. We have determined that we have the authority to investigate this complaint consistent with our complaint procedures and applicable law.

Specifically, you (Complainant) alleged that the District discriminated against your son (Student) when on September 1, 2015, staff at Northshore Elementary School (School) asked the Student where he lives.

OCR has the responsibility for enforcing the Age Discrimination Act of 1975, 42 U.S.C. §§ 6101, *et seq.*, and its implementing regulation, 34 C.F.R. Part 110. The Age Act prohibits discrimination on the basis of age by recipients of Federal financial assistance; and Title VI of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000d, *et seq.*, and its implementing regulation, 34 C.F.R. Part 100. Title VI prohibits discrimination on the basis of race, color or national origin by recipients of Federal financial assistance. The District is a recipient of Federal financial assistance from the Department, and OCR, therefore, has jurisdiction over this complaint. Additional information about the laws OCR enforces is available on our website at http://www.ed.gov/ocr.

The regulation implementing the Age Discrimination Act, 34 C.F.R. Part 110, requires that all complaints alleging age discrimination be forwarded to the Federal Mediation and Conciliation Service (FMCS) for mediation. Since your complaint alleges that the District discriminated against the Student on the basis of age, race, and retaliation, and OCR finds your race and retaliation allegations to be closely linked to the age allegation of your complaint, all allegations are being referred to FMCS.

The above regulation allows the FMCS 60 days to mediate a complaint. During that period, both parties participate in the mediation process to the extent necessary to reach an agreement or to make an informed judgment that an agreement is not possible. All information obtained in the course of the mediation will be confidential to the mediating parties. If 60 days have passed but a resolution is pending, OCR may grant FMCS an extension of time to conclude its resolution activities. If, on the other hand, 60 days have passed and the complaint is not resolved through

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness*
*by fostering educational excellence and ensuring equal access.*
*www.ed.gov*

Exh 20

## KNOX COUNTY SCHOOLS
## ANDREW JOHNSON BUILDING

*Dr. James P. McIntyre Jr., Superintendent*



February 22, 2016

⸎nson
⸎Dr.
Knoxville, TN 37922

Dear Mr. Johnson:

A meeting was scheduled with you for Monday, February 3, 2016, to discuss expectations regarding your inappropriate interactions with staff at Northshore Elementary School. You did not attend the meeting, and we subsequently tried unsuccessfully to contact you several times. Because of our inability to meet with you personally, we are communicating with you in writing.

It is the intent of the Knox County Schools to promote mutual respect, civility and orderly conduct among district employees, parents and the general public. We encourage participation in school activities and communication between parents, community members and school district personnel. However, you have exhibited behaviors that are considered inappropriate and disruptive to the operation of Northshore Elementary School. Some examples are as follows:

- In a meeting on June 17, 2015, you indicated that fathers at the Northshore Elementary had come to you and were concerned due to the principal's sexual orientation.
- You have sent emails that included additional inappropriate comments about the principal such as the following:
    - ..."gossip(men generally don't do)"
    - "When this place turned into a bunch of gossiping women"
    - "Are you still struggling with strong male leadership?"
    - "He tries to establish himself as the Alpha around NE when in fact there are 400 alpha males there. I have expressed to central office that he is a beta male."
    - "She was apart of the women gossip group that came in August."
- On October 14, 2015, you were sent a letter from Ms. Julie Thompson, Executive Director of Elementary Education, outlining expectations for your interactions with school staff due to inappropriate behaviors exhibited.

- On November 5, 2015, a grandparent reported to office staff that she felt trapped at her car by you during a conversation. She indicated she was unable to answer a phone call and text messages. She additionally reported she was uncomfortable with the conversation. The grandparent reported that you said there was racism and bigotry in the school.
- When you were not allowed to dress as the Northshore Knight mascot you moved close to the face of an employee and said "I am the only Northshore Knight and there will not be another one."

You need to know that all property of the Knox County Schools is considered "controlled access" property. By state law and school board policy, the school system has final authority on who may or may not be permitted access to school campuses and facilities.   See Board policy CQ. [copy attached]

This letter serves as a no trespass notification and has no expiration date. As a result of your behavior, you are no longer permitted on any property owned by the Knox County Schools or controlled properties that are part of the facility. This order is in effect until the Knox County Schools Security Division determines that cancelation is prudent, and any violations could be grounds for arrest and/or citation.

The following provides a summary of three state laws which may be applicable in this matter should there be a violation:

- Tennessee Code Annotated 39-14-405 makes it a criminal offense to remain upon the property of another when you know that you do not have permission to be on the premises.
- Tennessee Code Annotated 39-14-406 states that such a trespass is aggravated if your continued presence on the premises causes others to fear for their safety.
- Tennessee Code Annotated 39-17-305 makes it a criminal offense to engage in violent or threatening behavior, or to create a hazardous or physically offensive condition in a public place.

In the event that you need to discuss the academic performance of your child(ren), please feel free to make an appointment by email with school administrators for a phone conference. Should you have any questions regarding this letter, please feel free to contact us.


Sincerely,

Clifford Davis
Chief of Staff

Gus Paidousis
Chief of Security

 Gmail

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

## Checking In

**Sharlés** <sharlesjohnson8@gmail.com>                    Wed, Oct 14, 2015 at 7:19 AM
To: BRANDON PRATT <brandon.pratt@knoxschools.org>
Cc: Lita <Rebekiah.Johnson@gmail.com>, carl.whipple@knoxschools.org, kay.good@knoxschools.org

Pratt
 You may contact the director of schools Mr. McIntyres office about the 2nd verification or what has come to your attention for the 2nd time,concerning the johnson household.
The only time you are allowed to contact me is when you have ready for me what words you use,definitions or ready to be accountable. I have filed with the appropriate agency and anything else will be viewed as more retaliation for boundaries and filings.

Mr. Sharlés Johnson
 Waking up to the war in the heavenlies

.On Sun, Sep 6, 2015 at 4:01 PM, Sharlés <sharlesjohnson8@gmail.com> wrote:

    Hello,
    No need to "check in". It was to talk crap and administer arrogance that will continually get checked. It was not to make sure "I received" anything.
    I contacted Ms. Witt she sent information and the cc'd Mr. Davis and Mr. Oaks. Your conversation was done.
    As it was done in the 2 yrs prior book keeper couldve done the same thing. Mis information or assumptions again seems to be a track record.
    Its interesting how top sellers for 2 yrs are treated. We vocal in our community when asked.
    You sent this as a way to remind about information and then to tell me who to cc. As though you are "untouchable".
    We asked Mr. Davis to receive verification,because of issues,gossip(men dont generally do),understanding we all had and it again shows you your position and place.

    Mr. Sharlés Johnson
     Waking up to the war in the heavenlies.

    On Sep 4, 2015 4:16 PM, "BRANDON PRATT" <brandon.pratt@knoxschools.org> wrote:
    >
    > Mr. Johnson,
    >
    >
    > I just wanted to make sure you received the numbers you needed from Ms. Witt.  These are the numbers we have on file:
    >
    >
    > 2013 - 2014   Top - 120    Second - 107
    >
    > 2014 - 2015   Top - 135    Second - 87
    >
    >
    > Also, as I reflected on our conversation earlier today, please provide the school with the proof of residence in order for us to confirm and verify residency within the Northshore school zone.  You are welcome to copy Dr. Davis with this information as well, but it is the school's responsibility to acquire this documentation.   Thank you.
    >
    >

 Gmail

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

## Red chair

**Sharlés <sharlesjohnson8@gmail.com>**                              Mon, May 16, 2016 at 8:31 AM
To: Super Dad <sharlesjohnson8@gmail.com>

I see what they are really mad at. It's sad again what they take from the email. It's never about them or dealing with a principal.
---------- Forwarded message ----------
From: **Sharlés** <sharlesjohnson8@gmail.com>
Date: Thu, Dec 17, 2015 at 7:54 AM
Subject: Red chair
To: carl.whipple@knoxschools.org
Cc: suzanne.parham@knoxschools.org


Whipple,
Now this was just supposed to be about picking up that red massage chair, but I would have thought that when the gossip was going around saying that I started a fake GoFundMe account about officer Dunaway taking money from the family you would have said something and said no I saw how those two related. His father said Northshore administration told him that I did that. _When this place turned into a bunch of gossiping women._
I will be there sometime today to pick up the red chair in the teachers lounge. Make sure the front office staff knows so that way I don't have to explain anything or check them. And I do want to say I am NOT shocked about your stance since after Susan Davis left.
With as much as you saw and were apart of, you would be one. I would have thought would have said no Susan Davis said this I saw that why is the focus on him. But being from a city I understand small town politics. And on a side note you hear about the officer that shot the gentlemen in Chicago. Did you notice how Chicago didn't burn up the city or tear it down. We don't do stuff like that. It was the same attitude when that stuff happened with Rodney King. So what I'm trying to say is what I've been telling people is that being born and raised there, there's a way that we can do cultural or racial issues or when people get in positions and many think they can just say or do whatever and then we're going to lie down about it. That's not happening. That's our culture that's the background of myself my parents my grandparents my siblings and our children. Anyway, you were in that meeting, when Susan Davis and I we're going over what the Northshore knight costume would look like. When we were trying to figure out the contest for naming the dragon that's on the wall. See no matter what perception and insecurity wants to do I am apart of Northshore elementary foundation. And my Bible is very clear about what happens when the enemy comes in like a flood.
What happened from that meeting about things that were supposed "to transfer over" after she left. You know Miss. Davis and I and my wife and child met once a week once every two weeks and one day she had you come in to a meeting with us and I didn't understand why you were in there and then she had stated she wanted to make sure some things were "transferred over". Like that 32 inch dragon puppet I have and the mini one that I have and naming the Dragons excetera. I do believe you know who the Northshore Knight is and who the children call Mr Knight
What you need to understand is that when a group of people or a new principal tries to negate or come against a highly creative known godly father and dad, there are just some things that won't be tolerated, since everybody works for us. And its funny my daughter says all the time "Why didn't the assistant principal become a principal is not how it works out. Then maybe all this mess we wouldn't know".
Mr. Johnson

[Quoted text hidden]

 Gmail

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

# Oh Pratt

8 messages

**Sharlés** <sharlesjohnson8@gmail.com>              Fri, Aug 28, 2015 at 3:13 PM
To: brandon.pratt@knoxschools.org, CLIFFORD DAVIS <clifford.davis@knoxschools.org>
Cc: Lita <Rebekiah.Johnson@gmail.com>, amanda.cunningham@knoxschools.org

Let me get something straight. It appears that you think that we moved in the summer and we did not notified school.  We notify nse secretaries of email  telephone changes  it's called relationships in our community . I hear you "heard from staff that we were talking about moving in the summer". My wife said "we  told him that in the summer", we told him jokingly if Mrs. Davis leaves we leave.. "

I take it.... better the way that I perceive it is, you think you found out we moved in the summer.  I believe you called it "verification". I believe our attorney Mr. Dunn could clarify move in and move out dates. We you are wrong.

We just found out a door opened.Everything was quick. We just started moving packing  and storing. NSE family have heard about this process since february march?

I would've had a secretary notify us.  A social worker. I use to investigate them.  BTW

I thought we handed in those updates of address. At that time there is nothing to update. Let me repeat that for you there was "nothing to updatev.

So No Pratt we didnt move in the summer.

Did you go verify with everybody ?  Are you still struggling with strong male leadership ?

Sorry. Gossip is never correct. You will come to understand and work within the confines of relationships.

You are trying to administrate relationships that we have with people.

You need to find a "hobby". What you have done is basically have me reciprocate the investment then you are putting into this relationship with me that would be my time and focus.

So when one contract ends and another ends. NSE secretaries will notified. I mean dang we are still moving stuff out. Matter of fact as of last night. The latest bill is attached.  Hmm its accurate for right now? We wont get another will bring in agreement.

This would've been received different if you werent doing little things trying to remove or define strong Godly male presence surround that school. Unless the fit peoples insecurities.

I told social work on the phone  "you call me not  a conference call" I've never had a problem with a principal calling me and it won't start now. In other words an employer has given an employee in expectation.


Mr. Sharlés Johnson
  Waking up to the war in the heavenlies.




**20150827_084055.jpg**
4053K

---

**BRANDON PRATT** <brandon.pratt@knoxschools.org>       Fri, Aug 28, 2015 at 3:52 PM
To: Sharlés <sharlesjohnson8@gmail.com>, CLIFFORD DAVIS <clifford.davis@knoxschools.org>
Cc: Lita <Rebekiah.Johnson@gmail.com>, AMANDA CUNNINGHAM <amanda.cunningham@knoxschools.org>, BROOKE DONOHOE <brooke.donohoe@knoxschools.org>

 Gmail

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

## Teachers Shakal el,Shentasia and 2nd

**Sharlés** <sharlesjohnson8@gmail.com>                              Wed, Oct 14, 2015 at 8:54 AM
To: Cynthia Smith <cynthia.smith@knoxschools.org>, 5grade <resa.byrd@knoxschools.org>, joy.smith@knoxschools.org
Cc: allyson.lall@knoxschools.org
Bcc: Lita <Rebekiah.Johnson@gmail.com>

I sent over verification of address to kay good Mr McIntyre's a secretary.  We spoke last week on the phone. Pratt has been focused on finding different ways or avenues to make sure that I or my children are not in that school.
It was told me to me by Officer dunaways father that "Northshore leadership" told him that I had made a GoFundMe account in his sons name trying to take advantage of the family .

Over the last 2 months I've been gathering information and allowing things to play out as I and preparing to deal with the cultural changes, atmosphere and the lack of community feel that has been happening at Northshore elementary from my perspective.
Mr Pratt has manipulate  policy and hide insecurity and he tries to establish himself as the Alpha around Northshore Elementary, when in fact there are 400 alpha males there.  I have expressed to central office that he is a beta male. Because he serves the community. Not just the community that fits him.
I can tell something is going on by the countenance of staff members or looks when I walk past. Now I've learned that tenure teachers can stay around but yet principles can make it rough on teachers. I've been following what was happening with a young teacher on the other side of town. I have watched how there are certain things that a community parent was allowed to do for the last 2 years and then all of a sudden no that's not happening. I will address that at a later time but in the not so far future I will be addressing the school board after I let McIntyre's office runs its course and if the outcome or doesnt suffice or I see principal protection
I will continually address the school board to make sure there are certain things in place. Pratt doesn't understand the caliber of parent he is ran into and what happens when you run into an involved engaged successful father.
There are some things that will not be tolerated within the Northshore elementary foundation, like it or not by a few staff members or the new principal I am a pillar parent.

Mr. Sharlés Johnson
  Waking up to the war in the heavenlies.

 **Gmail**

**Sharlës Johnson <sharlesjohnson8@gmail.com>**

___

## From Letter to Ms. Parham 1.12.2016
3 messages

___

**Sharlés** <sharlesjohnson8@gmail.com>              Fri, Apr 22, 2016 at 1:09 PM
To: Super Dad <sharlesjohnson8@gmail.com>, Super Man <sharlesjohnson@gmail.com>, Lita
<Rebekiah.Johnson@gmail.com>

Somebody somewhere is fishing and lying about the size of their catch. Its called desperate and bias.

Sharles JOhnson


"Jan 12, 2016 8:25 PM
Subject: Thursday January 7 my dad was eating lunch with me and my siblings.
To: <suzanne.parham@knoxschools.org>
Cc: "Rebekiah Johnson" <rebekiah.johnson@gmail.com


"1.12.2015

Ms. Parham
 Last Thursday while eating lunch with my daughter.(After you came to say hello) The worker in the cafeteria Elaine Hoover
came up to my daughter and informed her that Ms. Veler had already left and wanted....

"2. I have spoken to her about asking my 2nd grader about where he lives at. <u>She was apart of the women gossip
group that came in August</u>. She did this in Sept. We addressed it. When I figured who it was.
We are available Thursday at 1:00pm to schools end.
 I have attached what my daughter wrote.
 We want this in an employee file and it go through its process"


1. Why would they NOT ask the Assistant Principal whom I wrote this to her take and context of who I was speaking to?


Mr. and Mrs. Sharlés Johnson
"The hand that rocks the cradle rules the world"

<u>Statement of Confidentiality</u>


The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The
information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the
intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this
transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-
mail or phone and **delete** this message and its attachments, if any

___

**Rebekiah Johnson** <rebekiah.johnson@gmail.com>           Fri, Apr 22, 2016 at 1:13 PM
To: sharlesjohnson8 <sharlesjohnson8@gmail.com>


But I thought you said that about Pratt! Such lies. Can't wait to print all of these out and highlight those sentences.

[Quoted text hidden]

# JOSHUA FLORY

| | |
|---|---|
| **From:** | Sharlés <sharlesjohnson8@gmail.com> |
| **Sent:** | Friday, January 29, 2016 1:48 PM |
| **To:** | CLIFFORD DAVIS |
| **Cc:** | Lita |
| **Subject:** | Purpose |

1.28.2016

Mr. Davis as I was speaking with you on the phone I was quite surprised that you called. It appeared as it was going to be a "smoke and mirror" meeting and NOT really move forward.

I do remember that you were cc'd on emails concerning the new principal Brandon Pratt and the culture of Northshore Elementary. We met together Nov 25th 2014, Mr. McIntyre spoke in your defense about you not getting back or responding to emails that you receive. He said you had a lot on your plate. I said I understood because I had seen your schedule. I would still like to believe that you at least browse the emails that come to your inbox or include you. After somewhat dealing with the cultural "neck" attitude that Renee Kelly gave to my wife- I would have thought that you would be more proactive about nipping things in the bud and not doing the "let's move forward" without addressing the issue game. I do believe that you have been made aware of mediation with the federal government. Is this the only reason that Knox County Schools wants to speak with me now regarding anything?

For the last 5 months and 2 weeks we have dealt with hardship, emotional and social stress and a non-family friendly hostile environment and nothing was done, said, or addressed. When I filed a complaint, the response was initially a call from superintendent McIntyre that lasted maybe 5 to 8 minutes. Then I received a "Northshore parent letter" basically telling me to refrain from freedom of speech and to make sure that I am civil with students, staff, central office etc. Basically shut up and this is how we do it.

I didn't share an opinion. That was a grievance and a complaint. I have never acted like an angry parent or mad black man and you haven't seen that. KCS has tried to put that stereotype on me within the first 10 days of moving here(May 2011). IT WONT WORK.

So as far as I am concerned, no one cared about my family's feelings or how me or my children were treated.
You could've asked or told Northshore Elementary admin. Leave that man and his family alone.
I asked KNOX SCHOOLS a few times to tell the new principal Pratt don't make me his hobby or its reciprocal.
The Knox schools mediator works for the schools or closely with this entity. So I'd sit down in that setting next week why?
We were able to breathe and have the caliber school admin were were use to in Illinois.
"Building specific" when trying to address issues apart of the cultural response.
You mentioned about having "expectations and moving forward".

I'd hope you have come to understand there isn't expectations for us. We are the employers. We are the parents. We are the constant, PRINCIPALS are the variables. Noone thought I'd stay on this and maybe fall by the way side. But this is an "involved engage successful and active Dad/Father.
I will get in touch with counsel friend and the mediator so we can move forward as issues are addressed concerning staff,Northshore and administration.

Exh 27

Knox County

Dear Mr. Johnson:

On February 29, 2016, the U.S. Department of Education, Office for Civil Rights (OCR) received the above-referenced complaint which you filed against Knox County Schools (District), alleging retaliation and discrimination based on race, sex, and age. Specifically, you allege that you were subjected to retaliation because, following your filing Knox County Schools, OCR Complaint No. 04-16-1119 on November 24, 2015, you received a no-trespass letter dated February 22, 2016. You also allege that the decision to send you the no-trespass letter was based on your race because the District does not send no-trespass letters to similarly-situated white parents. Finally, you allege that the decision to send you the no-trespass letter was based on age and sex as well.

Based on the above, OCR will, however, investigate the following legal issues:

1. Whether the District's issuance of no-trespass letter dated February 22, 2016 to the Complainant was in retaliation for his filing of OCR Complaint 04-16-1119 against the District on November 24, 2015, in noncompliance with Title VI.

2. Whether the District's issuance of a no-trespass letter dated February 22, 2016 to the Complainant was on the basis of his race, in noncompliance with Title VI.

Because OCR has determined that it has jurisdiction and that the complaint was filed timely, we are opening this complaint for investigation. Please note that opening the complaint for investigation in no way implies that OCR has made a determination with regard to the merits of



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS, REGION IV

61 FORSYTH ST., SOUTHWEST, SUITE 19T10
ATLANTA, GA 30303-8927

REGION IV
ALABAMA
FLORIDA
GEORGIA
TENNESSEE

May 24, 2016

Sharles Johnson
10004 Hempshire Drive
Knoxville, TN 37922

Re: OCR Complaint# 04-16-1361

Dear Mr. Johnson:

On April 1, 2016, the U.S. Department of Education (Department), Office for Civil Rights (OCR), received your complaint alleging retaliation by Knox County Schools (District). We have determined that we have the authority to investigate this complaint consistent with our complaint procedures and applicable law.

Specifically, you (Complainant) alleged that administrators at Northshore Elementary School (School) retaliated against your family when the School filed a truancy notice with the District Attorney's office on or about April 26, 2016. You claim that the truancy notice was in retaliation for your prior OCR complaints alleging discrimination in noncompliance with Title VI.

OCR is responsible for enforcing Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. § 2000d, and its implementing regulation, 34 C.F.R. Part 100. Title VI prohibits discrimination on the basis of race, color, or national origin by recipients of Federal financial assistance.

As a recipient of Federal financial assistance from the Department the District is subject to Title VI. Additional information about the laws OCR enforces is available on our website at http://www.ed.gov/ocr.

Because OCR has determined that it has jurisdiction and that the complaint was filed timely, it is opening this allegation for investigation. Please note that opening the allegation for investigation in no way implies that OCR has made a determination with regard to its merit. During the investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence from the complainant, the recipient, and other sources, as appropriate. OCR will ensure that its investigation is legally sufficient and is dispositive of the allegation, in accordance with the provisions of Article III of the *Case Processing Manual*.

Based on the above, OCR will investigate the following legal issue:

- Whether the District, by referring the Complainant for truancy proceedings because of his prior OCR complaints, has retaliated against the Complainant in noncompliance with the Title VI implementing regulation at 34 C.F.R. § 100.7(e).

OCR is committed to prompt and effective service. If you have any questions, please contact Robyn Painter, General Attorney, at 404-974-9345 or by email at robyn.painter@ed.gov, or me at 404-974-9374.

Sincerely,

G. Anthony Brown, Esq.,
Acting Compliance Team Leader

5/12/17

116

 **Gmail**

Sharlës Johnson <sharlesjohnson8@gmail.com>

---

**Fwd: Sharles 2.0 and "NO trespass" lie**
1 message

---

**My Tribe of Johnson** <mytribeofjohnsons@gmail.com>        Fri, Mar 15, 2019 at 1:25 PM
To: Sharlés <sharlesjohnson8@gmail.com>

---

---------- Forwarded message ---------
From: **My Tribe of Johnsons** <mytribeofjohnsons@gmail.com>
➡ Date: Fri, May 12, 2017, 12:28 AM
Subject: Sharles 2.0 and "NO trespass" lie
To: CLIFFORD DAVIS <clifford.davis@knoxschools.org>, Gary T. Dupler <gary.dupler@knoxcounty.org>, KAY GOOD <kay.good@knoxschools.org>, gus.padiousis@knoxschools.org <gus.padiousis@knoxschools.org>
Cc: 1wife Rebekiah Johnson <rebekiah.johnson@gmail.com>, Thomas Ford <tlford8@yahoo.com>, paul.gibson@knoxcounty.gov <paul.gibson@knoxcounty.gov>

Hello..still waiting...I've made it..

May 2 5:29 PM

Sorry I've been slow to reply. Been extremely busy with work past few weeks and on top of that having a lot of personal issues lately of my

Exh 30 p1 of 6

https://mail.google.com/mail/u/12ik=61e150f648&view=pt&search=all&permthid=thread-f%3A1628093274622000959&simpl=msg-f%3A1628093274622000959

own and can't

May 4 7:16 AM 

really bare to add any more
emotional issues right now.
My mom set the record
straight with the school
regarding the meeting
between you all and I don't

May 4 7:21 AM

Exh 30 p 2 of 6

Dear Mr. and Mrs. Johnson:

Thank you for meeting with me on November 25th to discuss your concerns regarding the Knox County Schools. I appreciate that the focus of our dialogue was about how to ensure mutually respectful and productive two-way communication between the Knox County Schools and your family.

As a follow up to our conversation and the concerns you have expressed, I have instructed Chief Gus Paidousis of our School Security Department to destroy the so-called "Johnson File." He has since confirmed that the contents of this School Security Department file have been shredded.

I look forward to our many more years of collaboration as we seek to provide your children with an outstanding education in the Knox County Schools.

Sincerely,

Dr. James P. McIntyre, Jr.
Superintendent



**YOU'RE INVITE...**

WHAT: 5th Grade Picnic
WHEN: May 19th 11:30-12:15 (follow...)
WHERE: NES courtyard
WHO: 5th grade students

Name: _____

**TALENT SHOW**
MAY 19 10:45AM

https://mail.google.com/mail/u/1?ik=61e150f648&view=pt&search=all&permthid=thread-f%3A1628093274622000959&simpl=msg-f%3A1628093274622000959

Exh 30 P. 3 of 6



**Save the Date: Ma**

5ᵗʰ Grade Awards 8:45 AM-9:45 AM

5ᵗʰ Grade Red Carpet Walk 9:50 AM-10:20 AM

End of the Year 5ᵗʰ Grade Party 2:45 PM-4:15PM (At NES after school)

Please send in $5 in an envelope addressed to Joy Smith by May 5, 2017.

Your donation will help cover the cost of the "End of the Year Party".

Thank you for your support!- 5ᵗʰ Grade Room Moms

...eek of May 8-12
...are prepared f...
...ed in their for...

...u must provi...
...Mrs. Buckner no l...
...ed to be no longer than

...ned into your homeroom teacher by

...uardian Signature

5.11.2017.
Bob Thomas,Security Department and Gary Dupler,
I will need another response from you concerning the no trespass and how it pertains to another child whom has a 5 grade celebration Red Carpet on May 18th 2017 and other functions.
My daughter wrote last year "ball of sorrow" when I wasn't there    ".  You of course don't see the emotional duress on those infected by this "evil."
If my memory serves you correctly I mentioned about the "No trespass was written on the SAME day as my last parents passing. I called it the accuracy of evil and those involved. Only evil would do this on the day Id remember the rest of my time here.

We all know the reasonings were a lie and I've submitted my rebuttal line by line concerning that ocr investigation.
The above is the text from the "grandmother" whom was fearful or trapped. Our daughters Sunday school teachers mom by the way. This was the text from her son.

I included the audio copy of the conversation with Pratt, that doesn't line up with his account of the situation. I believe in our federal mediation I addressed the "race" and "gay" card.

You made mention and even puts quotes saying women don't gossip or being apart of the gossip group. You said it was about Pratts sexuality. The reference was to Elaine Hoover as the complete email stated,who's apart of another investigation. So the authors of this lied and don't know how to check into information or thought a lie was going to work.

Many find it odd KCS would have the audacity to try discrimination on a mixer family,black man in Tn,the state that started segregation and we are from the Midwest. Oh the irony.

I have attached the statement by KCS in quotes and the actual email the reference came from.

Your response needs to be immediate and not the usual smoke mirrors and lack of communication we've come to know by employees no responding in a timely manner.

This will help those see the lack of maturity,disdain and prejudices by all those involved it needs to be checked.

Mr. Johnson

--

"The media is the most powerful entity on Earth. They have the ability to make the innocent guilty and the guilty innocent, and that's power. Because they control the minds of the masses."-Malcolm X

**4 attachments**



**DSCF0108.JPG**
532K



**DSCF0102.JPG**
560K

**FB_IMG_1458643825257~2.jpg**
64K

6/1

ild re-
in stu-

repre-
intary,
North-
sarden
on the
intial.
mmer,
kids to
Eliza-
y- and
attend
s. "So I
would
I'm not
ore, so
e with

"extremely complicated."

Others like Sharies John-
son, a father of six, believe the
school system could be over-
stepping its bounds with the
proposed change. He worried
the administration could be-
come too invasive in families'
lives and diminish the role par-
ents play as educators.

"They say it's not year
round, but if I'm seeing things
from Knox County Schools and
hearing communication from
them from January all the way
to December, to me that is year
round," he said. "Some of us
parents like a break from Knox
County Schools, too."



**Knox LON FINAL.pdf**
367K

Exh 30 p 6 of 6

# RICHARD B. ARMSTRONG, JR.
## KNOX COUNTY LAW DIRECTOR



**David L. Buuck**
*Chief Deputy Law Director*

Daniel A. Sanders
Charles F. Sterchi, III
David M. Sanders
Evan E. Hauser
Amanda Lynn Morse
David S. Wigler
J. Myers Morton
Gary T. Dupler
Houston S. Havasy
*Deputy Law Directors*

400 W. Main Street
Suite 612, City-County Bldg.
Knoxville, TN 37902

*tel* (865) 215-2327
*fax* (865) 215-2936
lawdir@knoxcounty.org

**Caroline E. H. Sudlow, ACP**
*Advanced Certified Paralegal*

**Terry Moran**
*Investigator*

October 8, 2018

Mr. Sharles Johnson
P.O. Box 24431
Knoxville, Tennessee 37933-2431

    Re:    Your Letter Dated September 5, 2018

Dear Mr. Johnson:

I have recently received your letter dated September 5, 2018. You are apparently requesting a copy of each "no trespass" letter issued to you. Since you have children at multiple schools, you are requesting a copy of each letter at each school. Such a request should be addressed and handled by the schools involved and if not the schools, then Knox County Schools central office. However, since you have sent a certified letter requesting that I address this issue, I have looked into the situation with Knox County Schools.

There are not multiple "no trespass" letters addressed to you. There is one "no trespass" letter addressed to you and school administrators have a copy of the letter. The letter was provided to you when it was issued. However, I am enclosing another copy of the letter.

"No trespass" letters, when issued, should not be placed in students' cumulative record files. Administrators at schools within the Knox County Schools system should have a copy or have access to any applicable "no trespass" letters, but again, copies of such letters are inappropriate to place in student files.

I have spoken to Superintendent Bob Thomas and Dr. Clifford Davis with regard to the handling of "no trespass" letters and they are reiterating the proper handling of "no trespass" letters with principals.

Finally, you indicated in an email dated September 27, 2018 that a previous letter took three weeks to arrive. The previous letter was sent to the three residence addresses you have on file with different Knox County Schools.  If those are no longer valid addresses, please notify each school of your current, valid residential address.  As such, this letter is being sent to the P.O. Box you provided in your certified letter.

Sincerely,

Gary T. Dupler
Knox County Deputy Law Director

GTD/sdh
Enclosure:    No Trespass Letter Dated February 9, 2016
cc:          Bob Thomas, Superintendent, Knox County Schools
             Dr. Clifford Davis, Chief of Staff, Knox County Schools
             Gus Paidousis, Chief, Knox County Schools Security
             Richard "Bud" Armstrong, Knox County Law Director

KNOX COUNTY SCHOOLS
ANDREW JOHNSON BUILDING

Dr. James P. McIntyre Jr., Superintendent



Sharles Johnson
10005 Hempshire Dr.
Knoxville, TN 37922

February 9, 2016

Dear Mr. Johnson:
A meeting was scheduled with you for Monday, February 1, 2016, to discuss expectations regarding your inappropriate interactions with staff at Northshore Elementary School. You did not attend the meeting and, we subsequently tried unsuccessfully to contact you several times. Because of our inability to meet with you personally, we are communicating with you in writing.

You need to know that all property of the Knox County Schools is considered "controlled access" property. By state law and school board policy, the school system has final authority on who may or may not be permitted access to school campuses and facilities at any time, for any reason.

This letter serves as a no trespass notification and has no expiration. As a result of your behavior, you are no longer permitted on any property owned by the Knox County Schools or controlled properties that are part of the facility. This order is in effect until the Knox County Schools Security Division determines that cancelation is prudent, and any violations could be grounds for arrest and/or citation.

The following provides a summary of three state laws applicable in this matter:

- Tennessee Code Annotated 39-14-405 makes it a criminal offense to remain upon the property of another when you know that you do not have permission to be on the premises.
- Tennessee Code Annotated 39-14-406 states that such a trespass is aggravated if your continued presence on the premises causes others to fear for their safety.
- Tennessee Code Annotated 39-17-305 makes it a criminal offense to engage in violent or threatening behavior, or to create a hazardous or physically offensive condition in a public place.

Should you have any questions regarding this letter, please feel free to contact us.

Sincerely,

Clifford Davis
Chief of Staff

Gus Paidousis
Chief of Security

P.O. Box 2188 • 912 South Gay Street • Knoxville, Tennessee 37901-2188 • Telephone (865) 594-1800



# Question

1 message

---

**MELISSA TINDELL** <melissa.tindell@knoxschools.org>                   Wed, May 4, 2016 at 1:29 PM
To: Rebekiah Johnson <rebekiah.johnson@gmail.com>

---

We are not showing that Chanda Pressley is an employee – do you have different information that would show that she is an employee?

We are in the process of redacting the other two files and will let you know when those are ready for inspection.


Thank you,


Melissa Tindell

Director, Public Affairs

Knox County Schools

(865) 594-1905

Member, Public Relations Society of America

knoxschools.org

Twitter:  @knoxschools

Facebook:  www.facebook.com/knoxschools

**Please note my email address has changed to <u>melissa.tindell@knoxschools.org</u>**


**From:** Rebekiah Johnson [mailto:rebekiah.johnson@gmail.com]
**Sent:** Wednesday, May 04, 2016 11:59 AM
**To:** MELISSA TINDELL <melissa.tindell@knoxschools.org>
**Subject:** Re: Fwd: RE: Question

[Quoted text hidden]

Exh 32

 Gmail

**Jae Johnson <mytribeofjohnsons@gmail.com>**

## My expectations to KCS
1 message

**My Tribe of Johnson** <mytribeofjohnsons@gmail.com>                    Fri, Dec 7, 2018 at 2:58 AM
To: "Gary T. Dupler" <gary.dupler@knoxcounty.org>
Cc: Becky Massey <sen.becky.massey@capitol.tn.gov>, virginia.babb@knoxschools.org, 1wife Rebekiah Johnson
<rebekiah.johnson@gmail.com>

KCS and Gary Dupler,
I am requesting  all the reasons
Why I am banned from KCS property until such time as KCS decides (or not) to lift the ban.  This ban violates  due process
rights and freedom of speech.
How does this NOT violate "Freedom of speech"?
One example was about talking in the parking lot. Or trying to write "black man intimidate white women" prejudice attitude.
Rebekiah corrected that mess in mediation.
The first  no Trespass lie  letter states flimsy reasons, probably why KCS didnt want to follow due process. Or have the
proper one of file that principals can review since they are the "keeper of records".
 I'd welcome answering and refuting each point mentioned in the original letter. .
The 2nd No Tresspass  order appears fabricated,cut/pasted and looks "photoshopped" gives no reasons. The dates aren't
correct.
Finally in mediation you mentioned other reasons for the No Tresspass lie order.
Send the "legal" reasons a no Tresspass was sent to me.
The caliper of parent you've asked for. Perception or prejudice dont look good on any employee.
"Being a Dad is NOT what I do its who I am".

Mr. Johnson

Po box 24431
37933

Meyer v. Nebraska, 262 U.S. 390 (1923). Court decisions have bolstered parental rights, in the interests of protecting
children: "The law's concept of the family rests on a presumption that parents possess what a child lacks in maturity,
experience, and capacity for judgment required for making life's difficult decisions. It is also assumed that natural bonds of
affection ordinarily lead parents to act in the best interests of their children. Parham v. J.R., 442 U.S. 584, 602 (1979)

 Gmail

**Jae Johnson <mytribeofjohnsons@gmail.com>**

## Idenfinate or yearly.

**My Tribe of Johnson** <mytribeofjohnsons@gmail.com>                     Sun, Mar 10, 2019 at 9:46 PM
To: "Gary T. Dupler" <gary.dupler@knoxcounty.org>, gus.paidousis@knoxschools.org, 1wife Rebekiah Johnson
<rebekiah.johnson@gmail.com>, susan.horn@knoxschools.org, CLIFFORD DAVIS <clifford.davis@knoxschools.org>,
gus.padiousis@knoxschools.org, virginia.babb@knoxschools.org, Sheyenne Johnson <iamhope1214@gmail.com>,
bob.thomas@knoxschools.org

  Gus Paidious either you, KCS  Board or Gary Dupler will refer to me the exact policy or "law" that says the prejudice "No
Tresspass " in indefinite or yearly.
I've been in conversations hearing one thing.
Many asked what did you do? It would have to egregious.
Prejudice and a culture of disdain has no place in Knox County schools T
Mr. Johnson

 Gmail                              Jae Johnson <mytribeofjohnsons@gmail.com>

## Supervisor not answered

**My Tribe of Johnson** <mytribeofjohnsons@gmail.com>                Tue, Apr 16, 2019 at 10:31 PM
To: DAVID CLAXTON <david.claxton@knoxschools.org>
Cc: KATE MASCARETTE <KATE.MASCARETTE@knoxschools.org>

Mr. Claxton,

I've asked Mascarette who her supervisor is.
I havent heard anything.
Who is she? What's her number and email address?
I'll be starting a process
Mr.Johnson

**From:** Sharlés Johnson <sharlesjohnson@gmail.com>
**Date:** Wednesday, April 24, 2019 at 11:01 PM
**To:** John Bartlett <john.bartlett@knoxschools.org>
**Subject:** Fwd: Meeting

**CAUTION:** This email originated from outside of the Knox County Schools organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

—— Forwarded message ———
From:**Shentasia Johnson** <shentasiavjohnson@gmail.com>
Date: Wed, Apr 24, 2019, 10:58 PM
Subject: Re: Meeting
To: **Super Man** <sharlesjohnson@gmail.com>
Cc: <john.bartlett@knoxcounty.org>, CLIFFORD DAVIS <clifford.davis@knoxschools.org>, DAVID CLAXTON <david.claxton@knoxschools.org>, Rebekiah Johnson <rebekiah.johnson@gmail.com>, <virginia.babb@knoxschools.org>, <susan.horn@knoxschools.org>

Dad here's what I remember.

On Fri, Apr 19, 2019, 11:36 AM Shentasia Johnson <shentasiavjohnson@gmail.com> wrote:

We were in the room and I was sitting in the middle of Mom and Mrs. Mascarette with the cedar bluff principle to the left of Mom. The phone had to be used in order to call Dad and he be able to understand us. The principal lady had to be in there because she said "that was what had to happen whenever a meeting would go on".

As Dad was clarifying things with Mrs Mascarette and how things would be handled, you could see the principal face start getting mad.

My Dad as usual was talking nice and calm. He was just telling her things he said in other meetings or in front of the school board. I've been there.

This Principal started using an abrupt voice like she was about to snap any second, and telling Dad she believed that this meeting shouldn't be going on like this. When he would try to talk, she would immediately interrupt and say no that this meeting needs to get rescheduled and with Mr. Claxton not with her (Mascarette) here at Cedar Bluff. She kept raising her voice and getting agitated over nothing and angry even though she wasn't counted on being there in the meeting. Beforehand, she said "she would keep to the side" and not say anything and was just there to OBSERVE everything.

As Dad reminded her of that, she got even more pissed off and raising her voice further as if that would get the point across even further. She just wouldn't quit repeating that she believed this meeting was inapropiate and needing rescheduling. So he told her that he didn't like her attitude and would be telling the Mr. Davis.

She was very snide as she stated that she didn't care because she was close to him and would be more than glad for him to tell him about her.

We left it at Mom deciding to reschedule the meeting. During the whole meeting though, Mrs. M was silent and had this forced smile on her face like she knew what was going on but was holding herself back from saying anything as if that would spill the beans about her attitude too.

When my Dad started talking is was weird because Mrs Mascarette become more guarded. Its hard to explain it's just a vibe you get. She heard a strong well versed black father and she put a wall up. I think it caught her off guard. It's hard to put in words when you are biracial.

She looked sort of surprised when she saw my mom was another "white" lady.

I will be writing a letter to people who've ask me about my school and education.

I met a few Congressmen, their wives and the Governor who recognizes my Dad when he sees him.

I've not forgotten about the No Tresspass that kept my Dad from my 5th graduation like it will do to my brothers emotions next month.

They need to hear about this, other stuff and the school social worker.

Sincerely,

Shentasia V Johnson

---

**Sharlés Johnson** <sharlesjohnson@gmail.com>                              Wed, Jun 12, 2019 at 1:19 AM
To: michelle.vaughan@edu.gov
Cc: Super Dad <sharlesjohnson8@gmail.com>, Sharlës Johnson <mytribeofjohnsons@gmail.com>, Rebekiah Johnson <rebekiah.johnson@gmail.com>

This principal acted like rude and over the top
This is my daughters perspective.
Sharles Johnson

---------- Forwarded message ---------
From: **Shentasia Johnson** <shentasiavjohnson@gmail.com>
Date: Wed, Apr 24, 2019, 10:58 PM
Subject: Re: Meeting
To: Super Man <sharlesjohnson@gmail.com>
Cc: <john.bartlett@knoxcounty.org>, CLIFFORD DAVIS <clifford.davis@knoxschools.org>, DAVID CLAXTON <david.claxton@knoxschools.org>, Rebekiah Johnson <rebekiah.johnson@gmail.com>, <virginia.babb@knoxschools.org>, <susan.horn@knoxschools.org>

Dad here's what I remember.

On Fri, Apr 19, 2019, 11:36 AM Shentasia Johnson <shentasiavjohnson@gmail.com> wrote:
We were in the room and I was sitting in the middle of Mom and Mrs. Mascarette with the cedar bluff principle to the left of Mom. The phone had to be used in order to call Dad and he be able to understand us. The principal lady had to be in there because she said "that was what had to happen whenever a meeting would go on".

As Dad was clarifying things with Mrs Mascarette and how things would be handled, you could see the principal face start getting mad.
My Dad as usual was talking nice and calm. He was just telling her things he said in other meetings or in front of the school board. I've been there.

This Principal started using an abrupt voice like she was about to snap any second, and telling Dad she believed that this meeting shouldn't be going on like this. When he would try to talk, she would immediately interrupt and say no that this meeting needs to get rescheduled and with Mr. Claxton not with her (Mascarette) here at Cedar Bluff. She kept raising her voice and getting agitated over nothing and angry even though she wasn't counted on being there in the

Case 3:19-cv-00179-KAC-DCP   Document 17   Filed 12/13/19   Page 9 of 109   PageID #: 139

meeting. Beforehand, she said "she would keep to the side" and not say anything and was just there to OBSERVE everything.

As Dad reminded her of that, she got even more pissed off and raising her voice further as if that would get the point across even further. She just wouldn't quit repeating that she believed this meeting was inapropiate and needing rescheduling. So he told her that he didn't like her attitude and would be telling the Mr. Davis.

She was very snide as she stated that she didn't care because she was close to him and would be more than glad for him to tell him about her.

[Quoted text hidden]

**2 attachments**


**Screenshot_20190424-151616_Facebook.jpg**
182K


**Screenshot_20190424-151648_Facebook.jpg**
165K



# Me

7:53 PM, Apr 24

Good morning, my name is Amy Gray and I am Colt Holliman's supervisor at the Dept of Children's Services. I do understand your frustrations with the school and the situation. I have advised Colt to turn your case in for closure. I appreciate you all meeting with him and allowing him to do his job that he is required to by state law in ensuring that children are safe.

Please feel free to contact me with any questions. As I said earlier, Colt will be closing you case with no safety concerns for your child.

Below is my contact information.

Thanks you for your time,

Amy Gray

Team Leader/ Dept of Children's Services

865-323-5304

<u>Amy.J.Gray@tn.gov</u>

 Gmail

**Jae Johnson <mytribeofjohnsons@gmail.com>**

## Mr. Davis... Did it fall of deaf ears?
1 message

**My Tribe of Johnson** <mytribeofjohnsons@gmail.com>                    Sat, May 11, 2019 at 12:15 PM
To: CLIFFORD DAVIS <clifford.davis@knoxschools.org>
Cc: MELINDA RUSSELL <melinda.russell@knoxschools.org>, 1wife Rebekiah Johnson <rebekiah.johnson@gmail.com>,
Super Man <sharlesjohnson@gmail.com>, KAY GOOD <kay.good@knoxschools.org>, SUSAN HORN
<susan.horn@knoxschools.org>, jennifer.owen@knoxschools.org

Mr. Davis -

   I'm writing to you about a couple of different things today. There are a couple of things that we've encountered recently that we "thought" had been cleared up years ago. I remember my husband talking to you during mediation while a county attorney,compliance(HR?} supervisor or Chief of Staff for KCS was in the room, saying that he didn't want to raise adult children anymore. Because he has children of his own to raise. And that he didn't want to raise somebody else's children (i.e.: teachers, principals and administration) by explaining things that adults should already understand. He was also very clear about you all speaking with him in different ways and now"We" all can be on the same page about how to relate to his family and all families in KCS.

   To refresh your memory, when I asked you to deal with certain issues - like the day when Renee Kelly decided to get in my face and move her neck back and forth- (my husband called that acting colored)- you guys chose to ignore the situation for the most part. Though we had a meeting to try to smooth things over- you basically passed it off and did nothing. She didn't get reprimanded or get a consequence. Mr. Claxton and the other Principal said " We have NO problems with the Johnsons." But you wanted them in there so you couldn't focus on the real problem. A black women as my husband stated tried to culturally intimidate a white women acting in my husbands words again " Colored" or like a "Hoodrat" or "From the streets".

   We have been told over the years that principles are basically autonomous from central office and they can do what they want to do in their buildings. You call it "school specific." And yes, I will testify to **_you_** saying that to us.

   When the older children and I sat down with our high school principal (John Bartlett) and had their father on speakerphone he assured our children (his students) that their dad would not miss out on anything important. Day time things didn't really matter because my husband was rarely there at that time for anything anyways. That's what you call a relationship and people being able to see through the mess that has become Knox County Schools.

   That leads me to this. I've been included in a thread concerning Mr. Johnson explaining to yet another school principal how they are supposed to relate to parents. It seems as though Knox County Administration has never taken the teaching moments from Mr. Johnson when it comes to how you treat parents or speak with them and has chosen not to make sure that school principals are on the same page. We've never had that problem with David Claxton or John Bartlett. If anything ever needed to be addressed or spoken about they were both available and didn't need to prep themselves to have a conversation with him. I don't recall any of them ever telling Mr. Johnson that they "needed to know exactly what the conversation was going to be about" in order to set an appointment to meet with him. It has only been those that are insecure or have perceptions about him or maybe the ones that think they have done something wrong that have issues with setting up meetings with him or me without being able to prepare their response ahead of time. Mr Johnson has come to know this about KCS as my family has.

Exh 38 p1of2

Mrs. Russell at A.L.Lotts has flat out refused to set up a meeting with my husband( and me) without knowing exactly what it is about. We didn't have to do that with Susan Davis (Kal-el's first school principal) either. "Our expectation" that you reach out to Melinda Russell and myself and my husband to let us know that this has been straightened out and handled and that a principal should be ready and willing to meet with a parent whenever they request. If not Mr. Johnson will start another process with KCS because he says " Their arrogance seems to NOT get it and they forget who they work for".

Personally I would have thought that you guys would make sure that the principal and Kal-el's teacher would have been walking on eggshells when it came to relating to my husband and son Kal-el and make sure that they aren't treating my family opposite of any other family in this school system. I'm writing this as a white woman involved with Knox County Schools. And I expect my family to be treated appropriately. Mr. Johnson expectation of response that this is handled and what "action steps" that are done be sent to all parties per email. This in his words eliminates " he said she said". And has refuted many lies from KCS administration. I believe there have been things set in motion because of the obvious discriminations.

Rebekiah Johnson

 Gmail

**Jae Johnson <mytribeofjohnsons@gmail.com>**

## Forward
1 message

**My Tribe of Johnson** <mytribeofjohnsons@gmail.com>                    Wed, May 15, 2019 at 9:18 PM
To: SUSAN HORN <susan.horn@knoxschools.org>, VIRGINIA BABB <virginia.babb@knoxschools.org>, Becky Massey
<sen.becky.massey@capitol.tn.gov>, phyllis.kane@ed.gov

Rebekiahs letter.
 One would THINK with civil rights investigations KCS would mind their P's and Q's. And make sure NOONE would feel
mistreated or discriminated against. P


---------- Forwarded message ---------
From:**Rebekiah Johnson** <rebekiah.johnson@gmail.com>
Date: Sat, May 4, 2019, 11:28 AM
Subject: Friday 5/4
To: MELINDA RUSSELL <melinda.russell@knoxschools.org>, CLIFFORD DAVIS <clifford.davis@knoxschools.org>,
sharlesjohnson8 <sharlesjohnson8@gmail.com>


Mrs. Russell- I am writing this appalled at your quick assumption and over-reaction to an email from my husband asking
you a simple question yesterday. If you had taken a second to read my husband's email he sent you about the wax
museum project, he simply asked you what TIME it was at. My husband did NOT say that he was going. He said that my
DAUGHTER would be going in his stead since this ridiculous lie of a no trespass order has not been lifted. I am seriously
offended and upset that you immediately sent my husband a copy of the order you have on file as though he told you he
was coming. Do you always respond to parents in this manner? Or just treat my husband with contempt?

When we came to A.L.Lotts again, I had high hopes that you would be able to get to know my family as other principals
have but you can't seem to look past this order and actually respond with respect and dignity to one of your
"stakeholders". There was no reason to respond to my husband with another copy of the no trespass order as though he
was going to do something wrong. All you had to do was respond with the time that it was at so that I could go with my
older children. Hopefully you can see how offensive your actions and response was.

With disdain,
Rebekiah Johnson




Statement of Confidentiality

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The
information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the
intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this
transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-
mail or phone and **delete** this message and its attachments, if any.

 Gmail

Jae Johnson <mytribeofjohnsons@gmail.com>

## Mayor Jacobs

**My Tribe of Johnson** <mytribeofjohnsons@gmail.com>        Thu, May 16, 2019 at 2:05 PM
To: mandi.benedict@knoxcounty.org

Mayor I've attached a letter and picture or

First picture is a breakfast I had put on for the dads at North Shore elementary school before the new principal. The other of course is a family picture.

Anything else is needed please let me know
Thank you
Sharles Johnson
865 640 5459

**4 attachments**



**20190516_134751.jpg**
1906K



**20141024_073510.jpg**
2545K



**FB_IMG_1558029362560.jpg**
83K

 **Jacobs.pdf**
42K

Mayor Glen Jacobs,
I've met you a few times. Last time we met you took a picture with my son at coding. You've seen me at gatherings concerning Tim Burchett.
I've attached a picture of the family to refresh your memory.
3 votes in this house were for you during the election.


I'll give you a summary right now and then give you more details over the next few weeks. We moved here in May of 2011. Immediately we were met with a disdain towards parents and people who struggle with an interracial couple. We both grew up in the Midwest where both sides of the culture know better.

We have 8 children, 3 of them were at Northshore Elementary School at the time of the No Trespass letter. Why was the letter concerning all schools? I was fine with the other principals they will attest to this.

   I had a very good relationship with the first principal at that school. I was a celebrity reader along with former mayor Burchett, the chief of the fire department and other celebrities that came to read in the school. I ran the father's group of a 179 fathers. I was the voice of the Northshore knight and the children in the community called me "Mr. Knight." The school was brand new. I would run into children in Kroger or Target and I would hear them say, "Hey, Mr. Knight." It was a blessing.

At the beginning of the school year open house we noticed the teachers and staff were not talking to us which was a bit odd. The new principal; Brandon Pratt, worked overtime to remove me from the life of the school. One of the first things he did was start investigating whether my family had moved out of the school zone. We had been talking about moving for over a year because we had child number 7 and were pregnant with number 8. I call that gossip. We never had a conversation with HIM about our desire to move. How else would he know about it if we never said it to him? I wrote a letter to the school administration explaining to them what he had been doing and how I felt about it- on the same day I received an email from Julie Thompson (and then a letter dated the very same day). It was a response to my grievances telling me that I needed to be civil with students, staff, administration and central office.


After receiving the letter from Julie Thompson and Knox County schools telling me to be civil and keep my personal comments to myself, I emailed back and said to not give me blanket statement but give me examples of my supposed uncivil behavior. I heard nothing. This was in October 2015. Mid January of 2016 Knox County schools was notified that they were being investigated by the Office of Civil Rights for age discrimination for questioning my son about where we were moving to. Twelve days later I received a letter upon returning from Chicago where I had been dealing with the hospice and death and burial of my parent. All 3 schools knew that we were gone and why. Clifford Davis sent an email about trying to have a meeting. He acted like I did not respond and since I wasn't there in attendance they decided to move

ahead with a no trespass order. I STILL have the email telling him that meeting was not going to happen because they had 6 months to get back to me. (Again this was JUST after they received our OCR complaint).

The no trespass letter basically said that I was making fun of the principal's sexuality. They cut and pasted sentences, blatantly left out sentences that preceded the original statement and cut it up to say what they wanted it to say. I don't know who put this together but I saved ALL of the original emails that they cut and pasted from to paint this picture and have sent them all into the Office of Civil Rights Department of Education for investigation. Anyone can read on to see that Knox County school security and Clifford Davis were following his lie.

I'm a firm believer that the principal knew people would not check into what he was saying and that most people are afraid to say something especially when it concerns someone's sexuality. I have made known that there are things that I can say being a black conservative Christian man that my white counterparts would get in trouble for or they would be called bigoted or hateful or not politically correct. So I had no problem engaging the lies. I found it odd that a principal who is gay would try to use civil rights or discrimination against me being a black American.

And as I told the school system- I think they forgot that I am an inheritor and advocate for civil rights. It was about me. It was about me being able to legally marry my wife who happens to be white and so it was okay that we have 8 children who happen to be biracial.

Knox County school security has done a lot of stupid stuff over the years to the family and a couple of our children. They even had the nerve to make a file about me which has now been shredded. I wondered why the chief of security Gus had this attitude or why he asked about me in an email. We have a copy of his email asking to read this "Johnson File" even though he had never met me.

Brandon Pratt at North Shore Elementary school had the resource officers hand me my children's school work when they were absent, meet me coming in-and-out of the cafeteria, and come down to the office whenever I was there. I even have a recording of a new resource officer mad that they were doing that to me at Northshore Elementary School. I have attached various communications for you to see the relationship that I had with the school and the original principal; Susan Davis who was there before Brandon Pratt came along.

I have various emails, records and recordings that I had been collecting over the years. I believe the no trespass letter also had a cultural connotation to it. As though this black American was getting in the face of these white women and being aggressive and angry. I've never been like that. I don't conduct myself like that. At federal mediation 3 years ago, my wife called the school and the three men in the room on the cultural bias. She said she could see exactly what they were trying to do. They were trying to use the fear of a black man against a white woman. She told them that everyone seemed to forget that with each and every one of the instances they tried to manipulate, she was also right there.

Exh 40 p3of4

Finally I want to give you heads up. I believe that the school was trying to hide behind policy and procedure to get out their own personal issues with me. I want to let you know that our 1st lady (governor's wife) knows about the letter and what was said and what's being done. So does Senator Massey-Duncan, Jason Zachary and Congressman Burchett who also knows the family personally as well as our children. I believe that Knox County schools has violated my due process and my freedom of speech. There's nothing that I have done that would warrant them to bar indefinitely from Knox County schools the father of 8 children.

And by the way; Gus Padousis is being sued in federal court (ironically) by two of the officers that were sending me through the garbage at Northshore Elementary and another officer that alleges Gus Padousis was saying things about him because he is a white man married to a black woman with biracial children. Does that not sound familiar?

I dont think it's fair if the county is sued without you knowing the back story of why.
Thank you
Sharles Johnson



**Jae Johnson <mytribeofjohnsons@gmail.com>**

---

# Wax Museum

---

**My Tribe of Johnson** <mytribeofjohnsons@gmail.com>      Tue, May 21, 2019 at 4:14 PM
To: SUSAN HORN <susan.horn@knoxschools.org>, 1wife Rebekiah Johnson <rebekiah.johnson@gmail.com>, MELINDA
RUSSELL <melinda.russell@knoxschools.org>, CLIFFORD DAVIS <clifford.davis@knoxschools.org>, Becky Massey
<sen.becky.massey@capitol.tn.gov>

This is Kalel coming home after the wax museum.
This is shameful and wrong. It would be different if I did something
He said This isnt how you treat the Mayor of 5th grade.
Al lotts needs to do their best, now that they've read the truth.
The No Trespass was a lie and NOT fair to the family or the principals at any school.
Mr. Johnson



**20190503_150253.jpg**
1291K



 Gmail

**Jae Johnson <mytribeofjohnsons@gmail.com>**

## Congressman, Senator and Mayor I'd like to ask....
1 message

**My Tribe of Johnson** <mytribeofjohnsons@gmail.com>                Wed, May 22, 2019 at 9:11 AM
To: Becky Massey <sen.becky.massey@capitol.tn.gov>, "Fansler, Sarah" <Sarah.Fansler@mail.house.gov>,
mandi.benedict@knoxcounty.org

Hello
    I'd ask that if any office could even if they dont have "authority" send a letter or inquiry about this "NO Trespass letter".
    I believe there's enough information to show that Knox County schools (KCS), Clifford Davis and Gus padious has NOT been untruthful in their reasonings for the letter and NOTHING I've ever done amounted to be banned indefinitely from all or any KCS.
Prejudices and disdain towards parents should have NO place in public servants.

Please ccd,email, or mail me a copy of your inquiry.
Thanks for trying to help the family,
Mr. Sharlès Johnson


Meyer v. Nebraska, 262 U.S. 390 (1923). Court decisions have bolstered parental rights, in the interests of protecting children: "The law's concept of the family rests on a presumption that parents possess what a child lacks in maturity, experience, and capacity for judgment required for making life's difficult decisions. It is also assumed that natural bonds of affection ordinarily lead parents to act in the best interests of their children. Parham v. J.R., 442 U.S. 584, 602 (1979)