UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

SHARLES JOHNSON,                        )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )          No.:    3:19-CV-179-KAC-DCP
                                        )
KNOX COUNTY, TENNESSEE, et al.,         )
                                        )
            Defendants.                 )

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order Dismissing Case, this action is

**DISMISSED** with prejudice.  The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
    *s/ LeAnna R. Wilson*
    CLERK OF COURT